# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OLAM SPICES AND VEGETABLES, INC., <br><br> Defendant. | Case No. 1:18-cv-01676-LJO-SAB <br><br> ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE <br><br> (ECF No. 6) |

On July 7, 2015, Plaintiffs filed this action in the Superior Court of the State of California, which was removed to the above-entitled court on December 10, 2018. (ECF No. 1.) On December 11, 2018, the Court set an initial scheduling conference to take place on February 12, 2019. (ECF No. 4.) On February 6, 2019, the parties filed a joint stipulation to continue the scheduling conference at least six months because they have tentatively agreed to a settlement and need to prepare a settlement agreement that would require approval of the Court. (ECF No. 6.) Due to the impacted nature of civil cases in the Eastern District of California, Fresno Division, such long continuances are generally disfavored, especially since this case had a long litigation history in state court, and on February 8, 2019, the Court conducted an informal telephonic to discuss the propriety of such a continuance in this case. (ECF Nos. 7, 8.) After holding the conference, the Court finds good cause for such a continuance given the likelihood of settlement and the need for time to allow the Court to approve the settlement agreement.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request to continue the initial scheduling conference is GRANTED;
2. The initial scheduling conference set for February 12, 2019 is CONTINUED to **August 13, 2019, at 10:00 a.m.** in Courtroom 9; and
3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**February 8, 2019**__

UNITED STATES MAGISTRATE JUDGE