# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OLAM SPICES AND VEGETABLES, INC., <br><br> Defendant. | Case No. 1:18-cv-01676-LJO-SAB <br><br> ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE <br><br> (ECF No. 10) |

On July 7, 2015, Plaintiffs filed this action in the Superior Court of the State of California, which was removed to the above-entitled court on December 10, 2018. (ECF No. 1.) On December 11, 2018, the Court set an initial scheduling conference to take place on February 12, 2019. (ECF No. 4.) On February 6, 2019, the parties filed a joint stipulation to continue the scheduling conference at least six months because of a tentative settlement agreement. (ECF No. 6.) Given such long continuances are generally disfavored, on February 8, 2019, the Court conducted an informal telephonic conference to discuss the continuance. (ECF Nos. 7, 8.) After the conference, the Court granted the request and continued the scheduling conference to August 13, 2019. (ECF No. 9.) On August 7, 2019, less than one week prior to the scheduling conference, the parties filed a joint status report and stipulation requesting the scheduling conference be continued an additional thirty days to allow the parties to finalize the settlement agreement. (ECF No. 10.) The Court finds good cause to grant the request based on the

prospect of settlement. However, the Court urges the parties to make every effort to finalize the settlement agreement in a timely manner, and to comply with the deadline for filing any joint scheduling report.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request to continue the initial scheduling conference is GRANTED;
2. The initial scheduling conference set for August 13, 2019 is CONTINUED to **September 24, 2019, at 10:30 a.m.** in Courtroom 9; and
3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **August 7, 2019**

UNITED STATES MAGISTRATE JUDGE