# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01676-LJO-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 12) |

On September 17, 2019, the parties filed a stipulation to continue the scheduling conference in this matter. Finding good cause, IT IS HEREBY ORDERED that the scheduling conference set for September 24, 2019 is CONTINUED to **October 15, 2019, at 9:30 a.m.** in Courtroom 9. The parties shall file a joint scheduling report one week prior to the continued date.

IT IS SO ORDERED.

Dated: __**September 18, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1