# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al., | Case No. 1:18-cv-01676-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | (ECF No. 15) |
| OLAM SPICES AND VEGETABLES, INC., | |
| Defendant. | |

On September 18, 2019, pursuant to the parties' stipulation, the Court continued the scheduling conference in this matter until October 15, 2019, and ordered the parties to file a joint scheduling report one week prior to the continued date. (ECF No. 14.) On October 9, 2019, the parties filed a status report in which they inform the Court that the parties have reached a proposed settlement but require additional time to finalize a motion for preliminary approval, and seek a three-week continuance of the scheduling conference. (ECF No. 15.)

///
///
///
///
///
///

1

Accordingly, pursuant to the parties' stipulation (ECF No. 15), the mandatory scheduling conference is HEREBY CONTINUED to **November 5, 2019, at 11:00 a.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file either a joint scheduling report, or if a further continuance of the mandatory scheduling conference is required, a joint status report, **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**October 10, 2019**__

UNITED STATES MAGISTRATE JUDGE