# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>Defendant. | Case No. 1:18-cv-01676-LJO-SAB<br><br>ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>DEADLINE: DECEMBER 11, 2019 |

Plaintiffs filed this matter as a class action alleging violations of California labor law on July 7, 2015, in Alameda Superior Court. On September 9, 2015, the state court granted the Defendant's request for a change of venue and the matter was transferred to Fresno County Superior Court. After the parties reached a settlement agreement they filed motions for preliminary approval in state court. On April 11, 2018, Plaintiffs filed a third amended complaint alleging violations of Fair Labor Standards Act and California law. This action was removed to the Eastern District of California on December 10, 2018.

On October 29, 2019, the parties filed a joint scheduling report which included a fifth request to continue the mandatory scheduling conference in this action. The joint report states that the parties have reached settlement in this matter and have finalized the settlement agreement. They request that the mandatory scheduling conference be continued to allow time to prepare the motion for preliminary approval of the settlement.

1

1   The Court finds that in this instance it serves no purpose to continue the mandatory scheduling conference. Given the age of this action and the fact that the parties have reached a settlement in this matter, the Court will vacate all pending dates and order that the motion for preliminary approval be filed.

  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;
2. The parties shall file a motion for preliminary approval of the settlement on or before **December 11, 2019**; and
3. Given the procedural history and the age of this action, the Court is not inclined to grant any further requests for a continuance.

IT IS SO ORDERED.

Dated: **October 30, 2019**

_____
UNITED STATES MAGISTRATE JUDGE