1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al., | Case No. 1:18-cv-01676-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SHOW CAUSE WHY MOTION FOR PRELIMINARY APPROVAL WAS NOT FILED |
| v. | |
| OLAM SPICES AND VEGETABLES, INC., | (ECF No. 18) |
| Defendant. | FIVE-DAY DEADLINE |

Plaintiffs filed this matter as a class action alleging violations of California labor law on July 7, 2015, in Alameda Superior Court. On September 9, 2015, the state court granted the Defendant's request for a change of venue and the matter was transferred to Fresno County Superior Court. After the parties reached a settlement agreement they filed motions for preliminary approval in state court. On April 11, 2018, Plaintiffs filed a third amended complaint alleging violations of Fair Labor Standards Act and California law. This action was removed to the Eastern District of California on December 10, 2018.

On October 29, 2019, the parties filed a joint scheduling report which included a fifth request to continue the mandatory scheduling conference in this action. (ECF No. 17.) The joint report states that the parties have reached settlement in this matter and have finalized the settlement agreement. They requested that the mandatory scheduling conference be continued to allow time to prepare the motion for preliminary approval of the settlement. On October 31,

2019, given the parties reached a settlement in this matter, the Court vacated all pending dates and ordered that the motion for preliminary approval be filed on or before December 11, 2019. (ECF No. 18.)  Given the procedural history and the age of this action, the Court also stated it was not inclined to grant any further requests for a continuance.  (Id.)

Accordingly, IT IS HEREBY ORDERED that, within five (5) days of the date of entry of this order, the parties shall SHOW CAUSE IN WRITING why the motion for preliminary approval has not been filed.

IT IS SO ORDERED.

Dated:  __**December 16, 2019**__                   _____
                                                    UNITED STATES MAGISTRATE JUDGE