# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01676-NONE-SAB<br><br>ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL TO APRIL 28, 2021 |

On March 9, 2021, the motion for preliminary approval of the class action and collective action settlement was re-referred to the undersigned for further consideration in light of supplemental briefing that had been filed. (ECF No. 31.) On March 23, 2021, an order issued setting a hearing on the motion for April 7, 2021, and providing the parties with the opportunity to file supplemental briefing. (ECF No. 32.) On April 5, 2021, a supplemental brief was filed. (ECF No. 34.)

The supplemental brief states that the parties are going to revise the settlement agreement to address some of the concerns raised in the March 23, 2021 order and requests a two week extension of time to submit supplemental briefing. The Court shall grant the request for a continuance of the deadline to file supplemental briefing to allow the parties to submit a revised settlement agreement and the hearing set for April 7, 2021 shall be continued.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file supplemental briefing on or before **April 21, 2021**; and
2. The hearing set for April 7, 2021, is CONTINUED to **April 28, 2021, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **April 6, 2021**

UNITED STATES MAGISTRATE JUDGE