# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>Defendant. | Case No. 1:18-cv-01676-NONE-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING AND CONTINUING HEARING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT TO MAY 19, 2021<br><br>(ECF No. 36) |

On April 6, 2021, an order was filed continuing the motion on the joint motion for preliminary approval of a settlement of this class and collective action. (ECF No. 35.) The parties were to file supplemental briefing on or before April 21, 2021. (Id.) On April 21, 2021, the parties filed a stipulation to extend time for the supplemental briefing to be filed and to continue the hearing. (ECF No. 36.) The parties seek an extension of time to address the issue of notice to the class with the claims administrator. The Court finds that good cause exists to continue the deadline to file the supplemental briefing and the hearing on the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for the parties to file supplemental briefing is extended to May 12, 2021; and

2. The hearing on the motion for preliminary approval of the settlement of the class

1

1  and collective actions is CONTINUED from April 28, 2021 to **May 19, 2021, at
2  10:00 a.m.,** in Courtroom 9.

IT IS SO ORDERED.

Dated:   **April 22, 2021**

UNITED STATES MAGISTRATE JUDGE