# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>  Defendant. | Case No. 1:18-cv-01676-NONE-SAB<br><br>ORDER VACATING JUNE 2, 2021 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT |

Currently, before the Court is a motion for preliminary approval of a class action and collective action settlement which has been referred by the district judge for the issuance of findings and recommendations. A hearing on the motion is set for June 2, 2021 in Courtroom 9. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set on June 2, 2021 IS HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **May 28, 2021**

UNITED STATES MAGISTRATE JUDGE

1