UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>    Defendant. | No. 1:18-cv-01676-NONE-SAB<br><br>ORDER ADOPTING SUPPLEMENTAL FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT<br><br>(Doc. Nos. 25, 27, 43) |

      On April 13, 2020, a motion for preliminary approval of a class and collective action settlement was filed in this action.  The motion was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On June 2, 2020, the assigned magistrate judge issued findings and recommendations, finding that there were deficiencies in the motion for preliminary approval that precluded a finding that it was a fair, adequate, and reasonable settlement of the claims and recommending denial of the motion.  After the parties filed objections and supplemental briefing, the matter was re-referred to the magistrate judge.

      On June 4, 2021, the magistrate judge filed a supplemental findings and recommendations recommending that the motion for preliminary approval of the class action and collective action settlement be approved.  The findings and recommendations were served on the parties and

contained notice that any objections thereto were to be filed within fourteen days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

The undersigned has already expressed hesitation regarding the proposed incentive payments and attorneys' fees in the proposed settlement of this case. (Doc. No. 29 at 4−10 (order for additional briefing on these issues).) The magistrate judge correctly noted that preliminary approval of the fees will require additional support at final approval. (*See* Doc. No. 43 at 25−28, 30−32.)

Accordingly,

1. The findings and recommendations issued on June 4, 2021 (Doc. No. 43), are ADOPTED;

2. The joint motion for preliminary approval of the class action and collective action settlement, filed April 13, 2020 (Doc. No. 25), is GRANTED;

3. For the purposes of settlement, the following Rule 23 class is conditionally certified:

> All persons who were employed by Olam West Coast, Inc. ("Defendant") in a position that Defendant classified as non-exempt and/or hourly non-exempt and worked in that capacity at Defendant's Fresno, Firebaugh, Hanford, Lemoore, Gilroy and/or Williams facilities in California and for which Class Members and FLSA Members were paid on a non-exempt basis ("Covered Position"), at any time during the period from July 7, 2011 to September 22, 2021 ("Settled Period"), or the estates of such individuals.

4. For the purposes of settlement, the following collective action is conditionally certified:

> All persons who were employed by Olam West Coast, Inc. ("Defendant") at Defendant's Fresno, Firebaugh, Hanford, Lemoore, Gilroy, and/or Williams locations in one or more positions which were classified as non-exempt and/or hourly non-exempt at any time during the period from July 7, 2011 to September 22, 2021 ("FLSA Members").

/////

5. Plaintiffs Thomas Beltran, Mario Martinez, Mario Claudia Obeso Cota, Juan Rivera, and Alexander Solorio are appointed as representatives of the class action;

6. Edwin Aiwazian, Arby Aiwazian, and Joanna Ghosh of Lawyers for Justice, PC are appointed as class counsel;

7. Simpluris, Inc., is appointed as the settlement administrator;

8. The Rule 23 class action notice, FLSA collective action notice, Rule 23 class action request for exclusion, and FLSA collective action opt in forms are approved; and

9. This matter is referred back to the magistrate judge to set a date for a final-approval hearing and other scheduling matters.

IT IS SO ORDERED.

Dated: **September 22, 2021**             *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE