# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>          Defendant. | Case No. 1:18-cv-01676-NONE-SAB<br><br>ORDER SETTING FINAL APPROVAL HEARING ON CLASS ACTION SETTLEMENT FOR MARCH 30, 2022<br><br>(ECF Nos. 25, 27, 43, 44) |

On April 13, 2020, Plaintiffs filed a motion for preliminary approval of class and collective action settlement. (ECF No. 25.) On June 2, 2020, the undersigned issued findings and recommendations that the motion be denied. (ECF No. 27.) Thereafter, objections and supplemental briefing was filed, and on June 4, 2021, the undersigned issued supplemental findings and recommendations recommending that Plaintiffs' motion for preliminary approval of the class and collective action settlement be granted. (ECF No. 43.) On September 23, 2021, the assigned District Judge adopted the June 4, 2021 findings and recommendations in full. (ECF No. 44.) The order adopting states that the "matter is referred back to the magistrate judge to set a date for a final approval hearing and other scheduling matters." (ECF No. 44 at 3.) In the moving papers, the parties requested that the Court "schedule a Final Approval Hearing in approximately six months after the hearing on the [sic] Court grants preliminary approval." (ECF No. 25 at 33.) The Court presumes this means to set the hearing six months after approval, rather than six months after the previous hearing.

Accordingly, IT IS HEREBY ORDERED that a final approval hearing on the class action settlement is set for March 30, 2022, at 10:00 a.m. in Courtroom 9, before the undersigned.

IT IS SO ORDERED.

Dated:  **September 27, 2021**

UNITED STATES MAGISTRATE JUDGE