# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al., | Case No. 1:18-cv-01676-JLT-SAB |
| Plaintiffs, | ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT |
| v. | |
| OLAM SPICES AND VEGETABLES, INC., | (ECF Nos. 45, 49) |
| Defendant. | |

On September 28, 2021, the Court issued an order setting a final approval hearing on the class action settlement for March 30, 2022. (ECF No. 45.)

On March 1, 2022, the parties submitted a stipulated request to continue the hearing on Plaintiffs' motion for final approval of class action and collective settlement. (ECF No. 49.) The parties request the continuance so that Defendant can provide the Settlement Administration additional information from its payroll systems in a usable format so that all Class Members may receive notice of the action. The Court finds good cause exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The final approval hearing is continued to **August 25, 2022, at 11:00 a.m.** in Courtroom 9, before the Honorable Stanley A. Boone; and

2. Defendant shall complete the notice process prior to the filing of the motion for final approval, pursuant to the process previously approved by the Court.

IT IS SO ORDERED.

Dated: __**March 2, 2022**__                      _____
                                                                                 UNITED STATES MAGISTRATE JUDGE