# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>  Defendant. | Case No. 1:18-cv-01676-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO ADVISE COURT OF STATUS OF MOTION FOR FINAL APPROVAL<br><br>(ECF No. 50)<br><br>**DEADLINE: AUGUST 1, 2022 AT 5:00 P.M.** |

On September 28, 2021, the Court issued an order setting a final approval hearing on the class action settlement for March 30, 2022. (ECF No. 45.) On March 1, 2022, the parties submitted a stipulated request to continue the hearing on Plaintiffs' motion for final approval. (ECF No. 49.) The parties requested the continuance so that Defendant can provide the Settlement Administration additional information from its payroll systems in a usable format so that all Class Members may receive notice of the action. On March 2, 2022, the Court entered the parties' stipulation and continued the hearing until August 25, 2022. (ECF No. 50.)

On March 1, 2022, the Local Rule 230(b) was amended to require thirty-five (35) days' notice for the filing of civil motions, instead of the previous twenty-eight (28) day period. L.R. 230(b). The parties have failed to file the motion for final approval within the proper notice period under either version of the Local Rule. The Court shall order the parties to file a status

1

report informing the Court of the status of the motion for final approval.

     Accordingly, IT IS HEREBY ORDERED that the parties shall file a status report concerning the filing of the motion for final approval on or before August 1, 2022, at 5:00 p.m., and the failure to do so may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **July 29, 2022**

                                            UNITED STATES MAGISTRATE JUDGE

2