# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>    Defendant. | Case No. 1:18-cv-01676-JLT-SAB<br><br>ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT AND EXTENDING DEADLINE TO FILE MOTION FOR FINAL APPROVAL<br><br>(ECF Nos. 52, 53) |

On September 28, 2021, the Court issued an order setting a final approval hearing on the class action settlement for March 30, 2022. (ECF No. 45.) The hearing was continued once previously, pursuant to stipulation of the parties, and is currently set for August 25, 2022. (ECF Nos. 49, 50.) On July 29, 2022, the Court issued an order requiring the parties to advise of the status on the motion for final approval, which was due on July 27, 2022. (ECF No. 51.)

On August 1, 2022, the parties submitted a joint status report concurrently with a stipulated request to continue the hearing on Plaintiffs' motion for final approval of class action and collective settlement to January 19, 2023. (ECF Nos. 52, 53.) The parties request the continuance so that Defendant can provide the Settlement Administrator additional time to complete its revised estimate of expenses in light of the parties' new data and to provide sufficient time to provide notice of the new hearing date to the class members. (ECF No. 52.) In

continuing the hearing date, the parties also seek to continue the deadline to file the motion for final approval. The parties proffer once the class notice is sent out the week of August 8, 2022, it will take approximately 120 days for the Settlement Administrator to complete the notice process approved by the Court, which includes 75 days for response of the class and FLSA members and time for opt-outs and opt-ins to be received and processed, prior to the filing of the motion for final approval. The parties further proffer the motion will be filed once that process is completed, with thirty-five days for notice. The Court finds good cause exists to grant the requested stipulated relief. However, consistent with the Court's calendar, the Court shall continue the hearing date to January 25, 2023. As such, the last day to file the motion for final approval will be December 21, 2022.

Accordingly, pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The final approval hearing is continued to **January 25, 2023, at 10:00 a.m.** in Courtroom 9, before the Honorable Stanley A. Boone;

2. The motion for final approval shall therefore be filed **on or before December 21, 2022**; and

3. Defendant shall complete the notice process prior to the filing of the motion for final approval, pursuant to the process previously approved by the Court.

IT IS SO ORDERED.

Dated:   **August 2, 2022**

UNITED STATES MAGISTRATE JUDGE