# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>Defendant. | Case No. 1:18-cv-01676-JLT-SAB<br><br>ORDER GRANTING DEFENDANT'S SUBSTITUTIONS OF ATTORNEYS AND DIRECTING CLERK OF COURT TO UPDATE DOCKET<br><br>(ECF Nos. 55, 56) |

On October 18, 2022, Defendant Olam Spices and Vegetables, Inc. filed two notices of substitution of attorney forms, substituting new attorneys Jade Butman and Douglas Farmer, in place of current attorney Susan K. Hatmaker. (ECF Nos. 55, 56.)

Accordingly, the Clerk of the Court is DIRECTED to add Jade Butman and Douglas Farmer as attorneys for Defendant, and terminate attorney Susan K. Hatmaker from the docket.

IT IS SO ORDERED.

Dated:  **October 19, 2022**

UNITED STATES MAGISTRATE JUDGE