1  Edwin Aiwazian (Cal. State Bar No. 232943)
   Arby Aiwazian (Cal. State Bar No. 269827)
2  Joanna Ghosh (Cal. State Bar No. 272479)
   Ovsanna Takvonyan (Cal. State Bar No. 217435)
3  **LAWYERS** *for* **JUSTICE, PC**
   410 West Arden Avenue, Suite 203
4  Glendale, California 91203
   Telephone: (818) 265-1020
5  Facsimile: (818) 265-1021

6  *Attorneys for* Plaintiffs Thomas Beltran, Mario Martinez, and Juan Rivera and the
   Class

7

8                **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  THOMAS BELTRAN; MARIO MARTINEZ; MARIA CLAUDIA OBESO COTA; individually, and on behalf of other members of the general public similarly situated; JUAN RIVERA; ALEXANDER SOLORIO; individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act, | Case No. 1:18-cv-01676-JLT-SAB<br><br>Honorable Stanley A. Boone<br>Courtroom 9<br><br>**CLASS ACTION**<br><br>**DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARDS** |
| Plaintiffs, | Date:           January 25, 2023<br>Time:           10:00 a.m.<br>Department:  9 |
| vs. | |
| OLAM SPICES AND VEGETABLES, INC., an unknown business entity; and DOES 1 through 100, inclusive, | Complaint Filed:   July 5, 2015<br>FAC Filed:          November 10, 2015<br>SAC Filed:          April 25, 2016<br>TAC Filed:          April 11, 2018<br>Trial Date:         None Set |
| Defendants. | |

Edwin Aiwazian, Arby Aiwazian, Joanna Ghosh, Ovsanna Takvonyan — **LAWYERS** *for* **JUSTICE, PC**, 410 West Arden Avenue, Suite 203, Glendale, California 91203

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF EDWIN AIWAZIAN

I, Edwin Aiwazian, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am a member of Lawyers *for* Justice, PC, attorneys of record for Plaintiffs Thomas Beltran, Mario Martinez, Juan Rivera, and the Class in the above-captioned action (the "Action").  The facts set forth in this declaration are within my personal knowledge or based on information and belief, and, if called as a witness, I could and would competently testify as follows.

### PRELIMINARY APPROVAL OF SETTLEMENT

2.      On April 13, 2020, Plaintiffs Thomas Beltran, Mario Martinez, Juan Rivera, Maria Claudia Obeso Cota, and Alexander Solorio (together, "Plaintiffs"), filed a motion for preliminary approval of class and collective action settlement ("Motion for Preliminary Approval") and supporting documents (Docket Nos. 25, 25-1, 25-2, 25-3, 25-4, 25-5, & 25-6) in the Action, seeking preliminary approval of the Third Amended Class Action and Collective Action Settlement and Release entered into by and between Plaintiffs and Defendant Olam West Coast, Inc., erroneously sued as "Olam Spices and Vegetables, Inc." and further erroneously sued as "Olam Spices and Vegetables Ingredients" (collectively, "Defendant," and together with Plaintiffs, the "Parties").

3.      On June 2, 2020, the assigned Magistrate Judge issued findings and recommendations, identifying several issues and recommending that the District Court Judge deny the Motion for Preliminary Approval, based thereon (the "Initial Findings and Recommendations") (Docket No. 27.)  On June 23, 2020, Plaintiffs filed objections to the Initial Findings and Recommendations (Docket No. 28.)  On December 30, 2020, the Court entered an Order Directing the Filing of Supplemental Briefing and Documentation re Motion for Preliminary Approval of Class and Collective Action Settlement (Docket No. 29.).  On January 28, 2021, Plaintiff filed Supplemental Briefing (Docket Nos. 30, 30-1, 30-2, and 30-3).  On March 9, 2021, Plaintiffs' Motion for Preliminary Approval was re-referred to the Magistrate Judge for further consideration in light of supplemental briefing filed (Docket No. 31.).  On March 23, 2021, an order was issued setting a hearing on the Motion for Preliminary Approval

1

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

and providing the Parties with the opportunity to file further supplemental briefing (Docket No. 32.).  On April 5, 2021, Defendant filed a supplemental brief requesting an extension to present supplemental briefing and informing the Court that the Parties are working on an amended settlement agreement to address the issues raised by the Magistrate Judge (Docket No. 34.).  After being granted an extension of time to file supplemental briefing, on May 12, 2021, the Parties filed a Joint Supplemental Brief Re Preliminary Approval of Fourth Amended Settlement Agreement, by which the Parties informed the Court was being circulated for signatures (Docket No. 38.).  On May 21, 2021, the Parties filed a Fourth Amended Settlement Agreement Re Hearing on Motion for Preliminary Approval, attaching a partially executed fourth amended settlement agreement (Docket No. 40.).  On May 26, 2021, the fully executed Fourth Amended Class Action and Collective Action Settlement Agreement and Release (the "Settlement Agreement, "Settlement," or "Agreement") was filed with the Court (Docket No. 41.).

4.     On June 4, 2021, the Magistrate Judge issued supplemental findings and recommendations recommending granting Plaintiffs' Motion for Preliminary Approval (the "Supplemental Findings and Recommendations") (Docket No. 43.).  On September 23, 2021, the Court entered an Order Adopting Supplemental Findings and Recommendations and Granting Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement ("Preliminary Approval Order") (Docket No. 44), thereby preliminarily approving the Settlement, conditionally certifying the Class and FLSA collective in the Action for settlement purposes, and approving the class action notice, FLSA collective action notice, class action request for exclusion form, and FLSA collective action opt in form.  The Court also preliminarily appointed and designated Lawyers *for* Justice, PC to be counsel for the Class ("Class Counsel"), preliminarily appointed and designated Plaintiffs Thomas Beltran, Mario Martinez, Maria Claudia Obeso Cota, Juan Rivera, and Alexander Solorio to represent the Class (together, "Class Representatives"), and preliminarily appointed and designated Simpluris, Inc. ("Settlement Administrator" or "Simpluris") to serve as the third-party administrator for handling the notice and settlement administration process.

///

**WORK PERFORMED BY CLASS COUNSEL**

5.     The Settlement resolves litigation initiated by the filing of four (4) separate cases: *Thomas Beltran, et al. v. Olam Spices and Vegetables, Inc.,* Superior Court of California, for the County of Alameda, Case No. RG15776976, which was filed on July 7, 2015, and subsequently transferred to the Superior Court of California, for the County of Fresno, Case No. 15CECG02993, and then removed to United States District Court for the Eastern District of California and assigned Case No. Case No. 1:18-cv-01676-NONE-SAB ("*Beltran* Action" or "Action"); *Maria Claudia Obeso Cota v. Olam West Coast, Inc.,* Superior Court of California, for the County of Sonoma, Case No. SCV257741, which was filed on September 15, 2015 and subsequently transferred to the Superior Court of California, for the County of Fresno, Case No. 16CECG00081 ("*Cota* Action"); *Alexander Solorio v. Olam West Coast, Inc.,* Fresno County Superior Court, Case No. 16CECG00513, filed on February 18, 2016 ("*Solorio* Action"); and *Juan Rivera, et al. v. Olam West Coast, Inc.,* Santa Clara County Superior Court Case No. 16CV300758, filed on October 6, 2016 ("*Rivera* Action," and together, with the *Beltran* Action, *Cota* Action, and *Solorio* Action, the "Actions").

6.     Plaintiffs Maria Claudia Obeso Cota and Alexander Solorio, who originally pursued the *Cota* Action and *Solorio* Action, are represented by Lavi & Ebrahimian, LLP and Law Offices of Sahag Majarian II.  Plaintiffs Thomas Beltran, Mario Martinez, and Juan Rivera, who originally pursued the *Beltran* Action and *Rivera* Action, are represented by Lawyers *for* Justice, PC.  Eventually, Lawyers *for* Justice, PC, Lavi and Ebrahimian, LLP, and Law Offices of Sahag Majarian, II (collectively, referred to as "Plaintiffs' Counsel") joined forces to litigate the claims against Defendant, and jointly engage in settlement negotiations and mediation efforts.  On April 11, 2018, Plaintiffs filed a Third Amended Class Action Complaint for Damages & Enforcement Under California Labor Code § 2698, Et Seq. in the *Beltran* Action, which added Plaintiffs Maria Claudia Obeso Cota, Alexander Solorio, and Juan Rivera, as well as previous and now deceased plaintiff Mariana Ramirez, as named plaintiffs, and added one cause of action under the Private Attorneys General Act, California Labor Code section 2698, *et seq.* ("PAGA") and two causes of action under the Fair Labor Standards Act ("FLSA").  On

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

December 10, 2018, Defendant removed the *Beltran* Action to the United States District Court for the Eastern District of California.  On April 8, 2020, the above-captioned Court entered an order dismissing Mariana Ramirez as a named plaintiff in the Action, pursuant to Rule 25 of the Federal Rules of Civil Procedure, after sadly she passed away (Docket No. 24).

7.      As stated in the Settlement Agreement, the Parties agreed, for the sake of efficiency and ease, that Lawyers *for* Justice, PC will be appointed as counsel for the Class and FLSA Members and identified as such in the Class Notice to the Class Members and FLSA Notice to the FLSA Members, but that all Plaintiffs' Counsel will cooperate to implement the Settlement and the attorneys' fees and costs award provided for by the Settlement will be sought on behalf of Plaintiffs' Counsel.

8.      Myself and several other attorneys and staff members at Lawyers *for* Justice, PC, have been actively engaged in performing work on this matter since prior to the commencement of the *Beltran* Action, which was filed on July 5, 2015.

9.      Before initiating the *Beltran* Action and *Rivera* Action, Lawyers *for* Justice, PC conducted extensive investigation and research into the facts and circumstances underlying the pertinent factual and legal issues and applicable law.  This required thorough discussions and interviews between attorneys at our firm and Plaintiffs Thomas Beltran and Juan Rivera, and research into the various legal issues involved in the *Beltran* Action and *Rivera* Action, namely, the current state of the law as it applied to class certification, Private Attorneys General Act ("PAGA") claims, off-the-clock theory, meal and rest periods, wage-and-hour enforcement, the claims of Plaintiffs Thomas Beltran and Juan Rivera, and potential defenses.  After conducting initial investigation, our firm determined that the claims of Plaintiff Thomas Beltran and Juan Rivera were well-suited for class action and representative adjudication owing to what appeared to be a common course of conduct affecting a similarly situated group of current and former hourly-paid or non-exempt employees who worked for Defendant within the State of California, who were not properly compensated for, *inter alia*, all hours worked, non-compliant meal and rest periods, and business expenses.

///

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

10.     The ongoing work has been extensive, demanding, and ultimately successful in achieving a substantial settlement resolution.

11.     Prior to reaching the Settlement, Plaintiffs' Counsel investigated the veracity, strength, and scope of the claims, and was actively preparing the matter for class certification and trial.  The Parties conducted significant formal and informal discovery and investigation into the facts of the matter, and also informally exchanged extensive information, data, and documents in the course of litigation and mediation and settlement discussions.  Class Counsel propounded multiple sets of written discovery requests in various forms on Defendant, served notices of depositions of Defendant's Person Most Knowledgeable (PMK) designees and percipient witnesses, and reviewed Defendant's responses and objections thereto.  Class Counsel also worked with Plaintiffs Thomas Beltran and Mario Martinez to provide responses to discovery propounded on them by Defendant.  Class Counsel prepared for and took three (3) depositions of Defendant's Persons Most Knowledgeable ("PMK") designees on February 24, 2017 and February 27, 2017, and prepared for and defended the depositions of Plaintiffs Beltran and Martinez on February 28, 2017.  Additionally, Class Counsel engaged in the *Belaire-West* notice administration (by which Class Counsel obtained the contact information of 5,628 putative class and FLSA collective members who did not opt out of the disclosure of their information), interviewed and obtained information from Plaintiffs and many other putative class and FLSA collective members and percipient witnesses, and obtained and reviewed the employment records of over half a dozen putative class and FLSA collective members.  Class Counsel reviewed and analyzed a large amount of information, data, and documents obtained from Defendant, Plaintiffs, and other sources.  The information, documents, and data reviewed and analyzed by Class Counsel included, but were not limited to, Plaintiffs' and multiple other Class Members' employment records, over ten thousand pages of employee time detail records, approximately fifteen thousand pages of employee payroll records, various orientation materials (such as the Orientation Training Agendas for 2011 and 2012, the 2012 Employee Orientation Checklist, the Orientation Employee Guidelines for 2011 and 2012, and the Orientation Handbook for Production Hourly Employees for 2015), Defendant's Payroll Action Form, Defendant's Second

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

Meal Period Waiver agreement, Defendant's policies and practices (such as the Standards of Conduct, Good Manufacturing Practices, Timekeeping Record Requirements, and Modest Plant Rules), various agreements and acknowledgements (such as the Agreement Acknowledgement of Receipt of Employee Handbook, Acknowledgement of Receipt of Company Policies, Personal Protective Equipment Policy Acknowledgment, and 2009 Conagra Foods/Code of Conduct Acknowledgement), fourteen versions/iterations of employee handbooks (such as Employee Handbooks dated September 2010, September 2012, 2013, 2014, 2015, and July 1, 2015; Employee Handbook for full time regular employees dated May 2009; Firebaugh, California Employee Handbook for seasonal employees dated March 2012 and April 2012; Gilroy, California Employee Handbook dated 2016; Firebaugh, California Employee Handbook dated 2013; Williams Employee Handbook dated 2016; Hanford Employee Handbook dated 2015 and 2016), and multiple collective bargaining agreements (such as the Collective Bargaining Agreements with Local Union 890 for the time periods of April 1, 2017 to March 31, 2012 and April 1, 2012 to March 31, 2016 and the Collective Bargaining Agreement with UFCW Local 5 for the time period from July 11, 2011 to July 6, 2014), among other information and documents. The Parties also engaged in extensive, contested motion practice in the *Beltran* Action (e.g., with respect to Defendant's Motion to Transfer Venue, Demurrer to First Amended Complaint, and Motion to Strike Portions of Plaintiff's First Amended Complaint, and Plaintiffs' various Motions to Compel Defendant to Provide Further Responses to Form Interrogatories-General (Set One), Special Interrogatories (Set Two), and Requests for Production of Documents (Set One), and Motion to Enforce the Court's September 2, 2016 Order), researched applicable law, developed damages and penalties valuation models in preparation for mediations, and prepared for and attended court proceedings, two (2) mediation sessions, and settlement negotiations. Counsel for the Parties also met and conferred with Defendant's counsel on numerous occasions, e.g., to discuss issues relating to the pleadings, venue, jurisdiction, motion practice, discovery, and the production of various documents and data in the course of litigation and in connection with mediations and settlement discussions, and engaged in extensive settlement negotiations over several months to try and resolve the Action (prior to reaching the original settlement) and

6

also extensive settlement negotiations over the course of several years to attempt to reach agreement on an amended settlement.  Other work performed by Plaintiffs' Counsel included, and was not limited to, case strategy and analysis; drafting, reviewing, and revising pleadings, motion-related papers, and the mediation brief; preparing and appearing for court proceedings; and preparing for and attending mediations and settlement negotiations.

12.    As outlined herein, the Parties have conducted significant formal and informal discovery and investigation in this matter.  Class Counsel analyzed a large amount of information, documents, and data obtained from Plaintiffs, Defendant, and through other sources. These documents and data provided a critical understanding of the nature of the work performed by the Class Members and FLSA Members, as well as Defendant's operations and employment policies, practices, and procedures, and were used in analyzing liability, damages, penalties, and valuation issues in connection with all phases of the litigation, and ultimately with the mediations and settlement negotiation process.  Class Counsel also invested time researching and investigating the applicable law, which is constantly evolving as it relates to certification, representative PAGA claims, off-the-clock theory, FLSA claims, meal and rest periods, collective bargaining agreements, federal preemption, agricultural and harvest worker exemptions, wage-and-hour law and enforcement, Plaintiffs' claims and allegations, Defendant's defenses thereto, as well as facts discovered.

13.    After conducting significant investigation into the facts and law in the course of litigating the Actions, Plaintiffs and Defendant engaged in extensive settlement negotiations to try to resolve the Actions.  These efforts included participating two (2) formal, full-day private mediation sessions conducted by the Honorable Edward Infante (Ret.), a retired federal magistrate judge who is highly experienced in mediating complex wage-and-hour matters, and extensive settlement negotiations thereafter.  During all settlement discussions, the Parties conducted their negotiations at arm's length in an adversarial position.  After engaging in extensive formal and informal discovery and investigation into the facts of the cases and extensive settlement negotiations, the parties ultimately reached a proposed settlement on behalf of a proposed class and FLSA collective of all current and former employees who Defendant

7

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARDS

classified as non-exempt and worked in that capacity at Defendant's Fresno, Firebaugh, Hanford, Lemoore, Gilroy and Williams facilities in California at any time during the period from July 7, 2011 to the date on which this Court grants preliminary approval of the Settlement.  On June 1, 2017, Plaintiffs filed a motion for preliminary approval of a settlement in the *Beltran* Action, which was denied without prejudice by Fresno County Superior Court.  On June 27, 2018, Plaintiffs filed a renewed motion for preliminary approval of a settlement in the *Beltran* Action, which was denied without prejudice on October 25, 2018.  The Parties subsequently engaged in additional extensive negotiations to resolve the Actions and were eventually able to reach an amended settlement that, *inter alia*, addressed issues that had been raised by Fresno County Superior Court.

14.     Prior to and during the mediations and settlement negotiations, the Parties exchanged documents, information and data, and discussed various aspects of the Actions, including but not limited to the risks and delays of further litigation, the risks to the Parties of proceeding with class and collective certification and/or representative adjudication, and trial, the law relating to off-the-clock theory, FLSA claims, meal and rest periods, representative PAGA representative claims, collective bargaining agreements, federal preemption, agricultural and harvest worker exemptions, and wage-and-hour enforcement, the evidence produced and analyzed, and the possibility of appeals, among other things.  Arriving at a settlement that was acceptable to the Parties was not easy.  Defendant contended, *inter alia,* that its practices, policies, and procedures complied with the law, and that it paid Class Members and FLSA Members over California and federal minimum wage for all hours worked, correctly paid overtime for all overtime hours worked, and provided compliant meal and rest periods (in accordance with wage-and-hour requirements applicable to the particular workforce at issue).  Defendant also contended that it correctly calculated the overtime rate and that its rounding policy was fair and neutral to Plaintiffs, Class Members, and FLSA Members.  Defendant further contended that all employees were required to record all time worked, were given the opportunity to make any necessary revisions or changes to their time, and were instructed to inform Defendant of any non-compliant meal or rest periods, and that Defendant was not aware that any work had been performed off-the-clock or during meal and rest periods.  Finally,

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

throughout this litigation, Defendant argued that individualized questions of fact predominate over any common issues, because Class Members and FLSA Members worked in different locations, were subject to different collective bargaining agreements, worked different shifts, and performed different job duties, and that these issues would pose challenges to class certification, collective certification, and representative adjudication.  Defendant and its counsel felt very strongly about Defendant's ability to prevail on the merits and to obtain a denial of class certification and collective certification, while Plaintiffs and Plaintiffs' Counsel believed that class certification and collective certification would be obtained and that they would prevail at trial.  With the aid of the mediator's evaluation, the Parties eventually agreed that the Actions were well-suited for settlement given the highly-disputed claims, legal issues relating to Plaintiffs' principal claims, as well as the costs and risks to the Parties that would attend further litigation.  These risks of further litigation include, and are not limited to, a determination that the claims are unsuitable for class treatment, collective certification, and/or representative adjudication, class de-certification after certification of a class, allowing a jury to decide the claims asserted in the cases, appeals, and the real possibility of no recovery after years of litigation.

15.   As set forth more fully in the accompanying Motion for Attorneys' Fees and Costs and Class Representative Incentive Awards, Plaintiffs' Counsel seek attorneys' fees in the amount of $1,575,000 which is thirty-five percent (35%) of the Total Settlement Fund of $4,500,000.00, as set forth in the Settlement Agreement, the Class Notice to Class Members, and FLSA Notice to FLSA Members.  Pursuant to the contingency-fee agreement entered into by and between Plaintiffs Thomas Beltran, Mario Martinez, and Juna Rivera and Lawyers *for* Justice, PC, Plaintiffs Thomas Beltran, Mario Martinez, and Juan Rivera have agreed to a contingency fee of at least thirty-five percent (35%) of the recovery.   The attorneys' fees sought are commensurate with: (1) the risk that Plaintiffs' Counsel took in commencing the Actions; (2) the time, effort, and expense that Plaintiffs' Counsel dedicated to the matter; (3) the skill and determination that Plaintiffs' Counsel have shown; (4) the results that Plaintiffs' Counsel have achieved throughout the litigation; (5) the value of the settlement that Plaintiffs' Counsel have

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARDS**

achieved in the Action; and (6) the other cases that Plainitffs' Counsel have turned down in order to devote their time and efforts to this matter.

16.     I am aware that the common and acceptable rate for contingency representation in wage and hour class action litigation is normally 40% before trial, with the range being from 33.3% up to 50%.

17.     While not necessarily required to be demonstrated because the percentage fee that is sought is proper for this settlement, collectively, Plaintiffs' Counsel have performed extensive work in connection with prosecuting the Actions and the attorneys' fees request is justified under a lodestar analysis.  As of the Final Approval Hearing that is scheduled for January 25, 2023, attorneys at Lawyers *for* Justice, PC will have spent a total of **1,531.70 hours** performing tasks in this matter.  Attached hereto as "**EXHIBIT A**" is an Attorney Task and Time Chart that sets forth in detail the nature of the legal services provided by attorneys at Lawyers *for* Justice, PC and the time incurred (and anticipated to be incurred) in performing those services, leading up to the Final Approval Hearing.  The hours attributable to Lawyers *for* Justice, PC include work performed by me and several other attorneys at the firm.  Additionally, separate from the hours of work referenced herein and in the attached chart, Lawyers *for* Justice, PC also had litigation support personnel actively engaged in assisting with the prosecution of this matter.

18.     The work performed in this particular case, the background of our firm, as well as the individual backgrounds, training, and experience of the attorneys who worked on this matter, in litigating complex wage-and-hour class and PAGA representative actions, support a reasonable blended hourly rate of compensation at the rate of at least $785 for work performed by Lawyers *for* Justice, PC.  Lawyers *for* Justice, PC has been awarded attorneys' fees, compensating the firm at the rate of at least $785 per hour for legal services performed, by courts granting approval of settlements in other wage-and-hour cases: final approval of the class and representative action settlement in *David Dugan v. TEC Equipment, Inc., et al.* (Los Angeles Superior Court Case No. 19STCV01591) was granted on July 8, 2021, and the award of attorneys' fees involved an hourly rate of $936.47; final approval of the class and representative action settlement in *Larry Greenwood, et al. v. Scan Health Plan* (Los Angeles Superior Court

10

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

Case No. BC715157) was granted on April 20, 2021, and the award of attorneys' fees involved an hourly rate of $919.57; final approval of the class and representative action settlement in *Seth Swan v. Pace Supply Corp.* (Sonoma County Superior Court Case No. SCV258764) was granted on February 6, 2019, and the award of attorneys' fees involved an hourly rate of $855.96; final approval of the class and representative action settlement in *Stanley Bland, et al. v. Telecare Corporation* (Alameda County Superior Court Case No. RG16811450) was granted on November 21, 2018, and the award of attorneys' fees involved an hourly rate of $831.38; and final approval of the class and representative action settlement in *Demetrius Camarillo v. Blue Diamond Growers* (Sacramento County Superior Court Case No. 34-2015-00175871) was granted on June 30, 2017, and the award of attorneys' fees involved an hourly rate of $845.64.

## ADEQUACY OF LAWYERS *for* JUSTICE, PC

### *EDUCATION*

19.     In May of 2004, I graduated from *Pepperdine University School of Law* with a Juris Doctor degree.  I have extensive formal education and training in dispute resolution and negotiation from the Straus Institute for Dispute Resolution as part of its Masters in Dispute Resolution degree program.  In addition, I have previously served as a *pro bono* mediator for the Los Angeles County Superior Court.    In October of 2000, I obtained a Litigation Paralegal Certificate from *UCLA Extension Program*.  During the summer of 2000, I studied Legal Writing at *Harvard University*.  In April of 1999, I obtained a Bachelor of Arts degree in Communication with a concentration in Natural Sciences from *Pepperdine University*.

### *JUDICIAL EXTERNSHIPS*

20.     From approximately September 2002 to approximately December 2002, I served as a Judicial Extern to the Honorable Kim McLane Wardlaw of the *United States Court of Appeals for the Ninth Circuit*.  From approximately June 2002 to approximately August 2002, I served as a Judicial Extern to the Honorable Earl Johnson, Jr. of the *California Court of Appeal for the Second Appellate District*.

///

///

**DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARDS**

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

### *LITIGATION AND CLASS ACTION EXPERIENCE*

21.     In December of 2004, I obtained a license to practice law from the California State Bar.  From approximately December 2004 to approximately August 2008, I was employed by *Girardi & Keese*.

22.     At *Girardi & Keese*, my practice focused on class actions and other complex cases involving toxic torts and products liability.  In addition, I gained substantial experience on cases involving insurance bad faith, premises liability, and medical negligence.  While employed by *Girardi & Keese*, I argued approximately 100 motions, took or defended approximately 150 depositions, and prepared dozens of expert witnesses for deposition or trial.

23.     Since its inception, in or around October of 2008, Lawyers *for* Justice, PC has almost exclusively focused on the prosecution of consumer and employment representative and class actions, involving wage-and-hour claims, race discrimination, unfair business practices or consumer fraud.  Currently, Lawyers *for* Justice, PC is attorney of record in well over a dozen employment-related putative class actions and representative actions in both state and federal courts in the State of California.  Lawyers *for* Justice, PC has successfully litigated cases involving the executive, administrative, and other overtime exemptions to the State of California and federal overtime compensation requirements.  During a relatively short time, in association with other law firms, Lawyers *for* Justice, PC has recovered millions of dollars on behalf of thousands of individuals in California.

### *EXAMPLES OF RESULTS IN WAGE-AND-HOUR CLASS ACTION AND REPRSENTATIVE ACTION CASES*

24.     What follows are just a few examples of the type of results Lawyers *for* Justice, PC ("LFJ") has achieved on behalf of its clients:

a)     LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class action against a major property management company involving allegations of misclassification of various "manager" positions.  On September 20, 2010, the court granted final approval of the class action settlement.  The Los Angeles County Superior Court Case Number is BC400414.

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

b)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class action against a national retailer of household items involving allegations of misclassification of the "Assistant Store Manager" position.  On October 28, 2010, the court granted final approval of the class action settlement.  The Los Angeles County Superior Court Case Number is BC413498.

c)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class action against a national property management company involving allegations of misclassification of the "Property Manager" position.  On May 23, 2012, the court granted final approval of the class action settlement.  The Los Angeles County Superior Court Case Number is BC430918.

d)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class action against a national retailer involving allegations of misclassification of the "Store Manager" position.  On June 10, 2011, the court granted plaintiffs' motion for class certification.  On August 26, 2013, the court granted final approval of the class action settlement. The Los Angeles County Superior Court Case Number is BC424012.

e)      LFJ, in association with co-counsel therein, represented the plaintiff in a wage-and-hour class and PAGA representative action against a bank, involving allegations of misclassification of the "Assistant Branch Manager" position.  On August 27, 2013, the court granted final approval of the class and PAGA representative action settlement.  The Kern County Superior Court Case Number is S-1500-CV-273194-LHB.

f)      LFJ, in association with co-counsel therein, represented the plaintiff in a wage-and-hour class and PAGA representative action against a national wholesale distributor of plumbing and builder supplies, involving allegations of misclassification of multiple salaried "manager" positions.  On May 22, 2014, the court granted final approval of the class and PAGA representative action settlement.  The Sacramento County Superior Court Case Number is 34-2012-00136285.

///

///

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

g)      LFJ, in association with co-counsel therein, represented the plaintiff in a wage-and-hour class action against a multinational corporation that provides global workplace solutions, involving allegations of misclassification of the "Operations Manager" position.  On September 16, 2014, the court granted plaintiff's motion for class certification.  The Los Angeles County Superior Court Case Number is BC478769.

h)      LFJ, in association with co-counsel therein, represented the plaintiff in a wage-and-hour class and PAGA representative action against a national retailer of household items, on behalf of hourly-paid or non-exempt employees.  On May 27, 2015, the court granted final approval of the class and PAGA representative action settlement.  The San Francisco County Superior Court Case Number is CGC-13-532344.

i)      LFJ, in association with co-counsel therein, represented the plaintiff in a wage-and-hour class and PAGA action involving allegations of misclassification of the salaried residential "Property Manager" position.  On September 17, 2015, the court granted plaintiff's motion for class certification.  On October 20, 2017, the court granted final approval of the class and PAGA representative action settlement.  The Los Angeles County Superior Court Case Number is BC474784.

j)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a national retailer of upscale hardware and home furnishings, on behalf of non-exempt employees.  On April 28, 2016, the court granted final approval of the class and PAGA representative action settlement.  The Los Angeles County Superior Court Case Numbers are BC516795 and JCCP4794, and the Judicial Council Coordination Proceeding Number is 4794.

k)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class action against a national retailer of apparel and fashion accessories, on behalf of non-exempt employees.  On August 5, 2016, the court granted final approval of the class action settlement.  The Los Angeles County Superior Court Case Number is BC488069.

///

///

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

l)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class action against a national retailer of apparel, accessories, and home products, involving allegations of misclassification of the "Department Manager" position.  On August 12, 2016, the court granted the plaintiffs' motion for class certification in part and certified a class. On August 6, 2019, the court granted final approval of the class action settlement.  The Alameda County Superior Court Case Number is RG13680477.

m)      LFJ represented the plaintiff in a PAGA representative action against a real estate and property management company, on behalf of non-exempt employees. On November 4, 2016, the court granted approval of the PAGA representative action settlement. The Orange County Superior Court Case Number is 30-2015-00775439-CU-OE-CXC.

n)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a full-service bank, on behalf of non-exempt employees. On November 18, 2016, the court granted final approval of the class and PAGA representative action settlement. The San Francisco County Superior Court Case Number is CJC-13-004839 and the Judicial Council Coordination Proceeding Number is 4839.

o)      LFJ represented the plaintiffs in a wage-and-hour class and PAGA representative action against a foodservice distributor, on behalf of non-exempt employees. On January 26, 2017, the court granted final approval of the class and PAGA representative action settlement. The San Bernardino County Superior Court Case Number is CIVDS1507260.

p)      LFJ, on behalf of the plaintiff and respondent in a PAGA representative action, successfully opposed in the trial court, and briefed and argued an appeal with respect to the employer's motion to compel arbitration, which resulted in a published opinion by the California Court of Appeal in favor of employees. *Roberto Betancourt v. Prudential Overall Supply* (Cal. App. 4th Dist., Mar. 7, 2017) 9 Cal.App.5th 439, review denied, cert. denied (U.S. Supreme Court Docket No. 17-254).  The Riverside County Superior Court Case Numbers are RIC1503952 and RICJCCP5046, and the Judicial Council Coordination Proceeding Number is 5046.

///

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

q)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a consumer packaging company, on behalf of non-exempt employees. On March 10, 2017, the court granted final approval of the class and PAGA representative action settlement. The Los Angeles County Superior Court Case Number is BC590429.

r)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a manufacturer of food service industry supplies on behalf of non-exempt employees. On April 14, 2017, the court granted final approval of the class and PAGA representative action settlement. The Orange County Superior Court Case Number is 30-2015-00810013-CU-OE-CXC.

s)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a lumber and hardware company on behalf of non-exempt employees.  On April 26, 2017, the court granted final approval of the class and PAGA representative action settlement.  The Orange County Superior Court Case Number is 30-2014-00747750-CU-OE-CXC.

t)      LFJ represented the plaintiff in a wage-and-hour class and PAGA representative action against a property management company, on behalf of non-exempt employees. On June 14, 2017, the court granted final approval of the class and PAGA representative action settlement. The Los Angeles County Superior Court Case Number is BC586234.

u)      LFJ represented the plaintiff in a wage-and-hour class and PAGA representative action against a food company on behalf of non-exempt employees. On June 30, 2017, the court granted final approval of the class and PAGA representative action settlement. The Sacramento County Superior Court Case Number is 34-2015-00175871.

v)      LFJ represented the plaintiffs in a wage-and-hour class and PAGA representative action against a chocolate company on behalf of non-exempt employees. On July 19, 2017, the court granted final approval of the class and PAGA representative action settlement. The Alameda County Superior Court Case Number is RG15764300.

16

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

w)      LFJ represented the plaintiff in a PAGA representative action, against the parent company of several restaurants, on behalf of hourly-paid, non-exempt employees.   On October 18, 2017, the court granted approval of the PAGA representative action settlement.  The Los Angeles County Superior Court Case Number is BC569664.

x)      LFJ represented the plaintiffs in a wage-and-hour class and PAGA representative action against a manufacturer of plastic containers on behalf of non-exempt employees. On October 31, 2017, the court granted final approval of the class and PAGA representative action settlement. The Los Angeles County Superior Court Case Number is BC577233.

y)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a bank on behalf of non-exempt employees.  On December 11, 2017, the court granted final approval of the class and PAGA representative action settlement.  The Los Angeles County Superior Court Case Number is BC569646.

z)      LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a property management company on behalf of hourly-paid and non-exempt employees. On January 4, 2018, the court granted final approval of the class and PAGA representative action settlement. The Los Angeles County Superior Court Case Number is JCCP4819 and the Judicial Council Coordination Proceeding Number is 4819.

aa)     LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a global provider of flexible office space solutions. On February 15, 2018, the court granted final approval of the class and PAGA representative action settlement. The Los Angeles County Superior Court Case Number is BC498401.

bb)     LFJ, in association with co-counsel therein, represents the plaintiff in a wage-and-hour class action against a container manufacturer, on behalf of non-exempt employees. On October 15, 2018, the court granted the plaintiff's motion for class certification.

The Tulare County Superior Court Case Number is VCU264528.

cc)   LFJ represented the plaintiffs in a wage-and-hour class and PAGA representative action against a behavioral health service provider on behalf of non-exempt employees.  On November 13, 2018, the court granted final approval of the class and PAGA representative action settlement.   The Alameda County Superior Court Case Number is RG16811450.

dd)   LFJ, in association with co-counsel therein, represented the plaintiff in a PAGA representative action against a global provider of products and services to the energy industry, on behalf of hourly-paid and non-exempt employees.  On November 19, 2018, the court granted approval of the PAGA representative action settlement.   The Kern County Superior Court Case Number is S-1500-CV-280215-SDC.

ee)   LFJ, in association with co-counsel therein, represents the plaintiff in a wage-and-hour class action against a parking company on behalf of non-exempt employees.  On September 3, 2019, the court granted the plaintiff's motion for class certification and certified a class.  The Santa Clara County Superior Court Case Number is 16CV292208 and the Judicial Council Coordination Proceeding Number is 4886.

ff)   LFJ, in association with co-counsel therein, represents the plaintiffs in a wage-and-hour class and representative action against a bank on behalf of non-exempt employees.   On September 27, 2019, the court granted the plaintiffs' motion for class certification in part and certified a class.  The Alameda County Superior Court Case Number is RG15757606 and the Judicial Council Coordination Proceeding Number is 4921.

gg)   LFJ, in association with co-counsel therein, represented the plaintiffs in a wage-and-hour class and PAGA representative action against a national retailer of apparel and fashion accessories, on behalf of non-exempt employees.  On October 9, 2019, the court granted the plaintiffs' motion for class certification in part and certified a class.  On May 14, 2021, the court granted final approval of the class and PAGA representative action settlement.   The Sacramento County Superior Court Case Number is 34-2015-00175330-CU-OE-GDS.

///

DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR
ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARDS

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

hh)     LFJ, in association with co-counsel therein, on behalf of the plaintiff and respondent in a PAGA representative action, successfully opposed in the trial court, and briefed and argued an appeal with respect to the employer's motion to compel arbitration, resulting in a notable decision from the California Supreme Court clarifying the law regarding PAGA claims, *ZB, N.A. v. Superior Court* (2019) 8 Cal.5th 175.   On February 21, 2020, the court granted approval of the PAGA representative action settlement.  The San Diego County Superior Court Case Number is 34-2015-00175330.

ii)     LFJ, in association with co-counsel therein, represents the plaintiff in a wage-and-hour class and PAGA representative action against a medical equipment supplier on behalf of non-exempt employees.  On February 13, 2020, the court granted the plaintiff's motion for class certification and certified a class.  The San Bernardino County Superior Court Case Number is CIVDS1505744.

jj)     LFJ, in association with co-counsel therein, represents the plaintiff in a wage-and-hour class and PAGA representative action against a large national drug testing laboratory on behalf of non-exempt employees.  On February 21, 2020, the court granted the plaintiff's motion for class certification and certified a class.  The San Diego County Superior Court Case Number is 37-2018-00019611-CU-OE-CTL.

kk)     LFJ, in association with co-counsel therein, represents the plaintiffs in a wage-and-hour class and PAGA representative action against a national retailer of sportswear, footwear, and camping equipment on behalf of non-exempt employees.  On March 16, 2020, the court granted in part the plaintiff's motion for class certification and certified a class.  The Riverside County Superior Court Case Numbers are RIC1507504 and RICJCCP4930, and the Judicial Council Coordination Proceeding Number is 4930.

ll)     LFJ, in association with co-counsel therein, represents the plaintiffs in a wage-and-hour class action against manufacturer and supplier of power products and services on behalf of non-exempt employees. On July 31, 2020, the court granted in part the plaintiffs' motion for class certification and certified a class. The San Diego County Superior Court Case Number is 37-2015-00025968-CU-OE-CTL.

19

mm)   LFJ represents the plaintiff in a wage-and-hour class action against a nutritional products manufacturer on behalf of non-exempt production line employees. On December 13, 2021, the court granted the plaintiff's motion for class certification in part and certified a class. The Solano County Superior Court Case Number is FCS051001.

### LITIGATION COSTS AND EXPENSES INCURRED
### BY LAWYERS *FOR* JUSTICE, PC

25.     To date, Plaintiffs' Counsel have borne all of the risks and costs of litigation and will not receive any compensation until recovery is obtained in this matter.  Lawyers *for* Justice, PC seeks reimbursement in the amount of $41,748.54 for litigation costs and expenses incurred in this matter, as reflected in the Case Cost Detail attached hereto as "**EXHIBIT B**."  These expenses were reasonable and necessary in the prosecution of this matter and to obtain the Settlement.

### CLASS REPRESENTATIVE INCENTIVE AWARDS TO PLAINTIFFS

26.     In recognition of their efforts and work serving as the Class Representatives, the Settlement provides for Class Representative Incentive Awards in the amount of $7,500.00 each to Plaintiffs Beltran, Martinez, Obeso Cota, and Solario and in the amount of $3,500.00 to Plaintiff Rivera.  The requested incentive awards are fair and appropriate.  Plaintiffs spent a substantial amount of time and effort in producing relevant documents and past employment records and provided the facts and evidence necessary to attempt to prove the allegations. Plaintiffs were available whenever Plaintiffs' Counsel needed them and actively tried to obtain and provide information that would facilitate the pursuit of the claims in the Action.  For example, Plaintiffs Thomas Beltran and Mario Martinez provided responses to formal written discovery propounded by Defendant and prepared for and attended their depositions.  Plaintiffs spent numerous hours speaking with Plaintiffs' Counsel about their claims, describing their work experiences with Defendant, and gathering, reviewing, and providing documents.  Accordingly, it is appropriate and just for Plaintiffs to receive reasonable incentive awards for their services on behalf of the Class Members, FLSA Members, and State of California, in addition to their Individual Settlement Payments.

27.     I submit that the Settlement is fair, reasonable, and adequate.   In addition, the Settlement is in the best interests of Plaintiffs, Class Members, FLSA Members, and the State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of December 2022, at Glendale, California.

_/s/ Edwin Aiwazian_
Edwin Aiwazian

**DECLARATION OF EDWIN AIWAZIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARDS**

**LAWYERS _for_ JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

# EXHIBIT A

*THOMAS BELTRAN, ET AL., V. OLAM SPICES AND VEGETABLES, INC.*
**(ALAMEDA COUNTY SUPERIOR COURT CASE NO. RG15776976) ("BELTRAN ALAMEDA COUNTY ACTION");**
**(FRESNO COUNTY SUPERIOR COURT CASE NO. 15CECG02993) ("BELTRAN FRESNO COUNTY ACTION");**
**(UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA CASE NO. 1:18-CV-01676-NONE-SAB)**
**(BELTRAN FEDERAL ACTION)**

*JUAN RIVERA, ET AL., V. OLAM WEST COAST, INC.*
**(SANTA CLARA COUNTY SUPERIOR COURT CASE NO. 16CV300758) ("RIVERA ACTION")**

<u>**ATTORNEY TASK AND TIME CHART**</u>

| TASK | LAWYERS *FOR* JUSTICE, PC |
|---|---|
| **Investigation and Research / Due Diligence** | |
| Pre-Lawsuit Investigation of the Key Facts with a Focus on Class Certification Elements, Including Adequacy, Typicality, Superiority, and Commonality | 13.60 |
| Pre-Lawsuit Investigation of the Merits of Plaintiff Thomas Beltran's ("Plaintiff Beltran") and Plaintiff Mario Martinez's ("Plaintiff Martinez") Claims and the Merits of the Claims of the Putative Class Members | 16.10 |
| Pre-Lawsuit Investigation of Potential Damages Exposure of Defendant Olam West Coast, Inc. erroneously sued as Olam Spices and Vegetables, Inc. and Olam Spices and Vegetables Ingredients ("Defendant") with Respect to the Damages Sustained by Plaintiff Beltran and Plaintiff Martinez and the Putative Class Members | 12.50 |
| Pre-Lawsuit Investigation of the Merits of the Private Attorneys General Act ("PAGA") Claims on Behalf of the State of California with Respect to Plaintiff Juan Rivera ("Plaintiff Rivera") and Plaintiff Mariana Ramirez ("Plaintiff Ramirez") and Aggrieved Employees | 11.30 |

| | |
|---|---|
| Pre-Lawsuit Investigation of Potential Exposure of Defendant with Respect to Civil Penalties under PAGA (Rivera Action) | 9.80 |
| Legal Research and Analysis of Latest Off-the-Clock, Meal and Rest Break, Representative PAGA, Fair Labor Standards Act ("FLSA"), and Certification Decisions in California, Including all New Relevant DLSE Materials | 10.50 |
| Investigation of Defendant, Defendant's Business Relationships, and the Industry in which Defendant Operates | 4.50 |
| Investigation of Defendant's Organizational and Corporate Structure, and Executive Reporting Structure as They Relate to the Employment and Management of the Putative Class Members | 3.70 |
| Investigation of Defendant's Executives, Officers, and Leadership with a Focus on Involvement in Wage-and-Hour Issues and Establishing Willfulness and Uniformity | 4.10 |
| Analysis of Competitors in Various Relevant Geographic Areas within which Defendant Operates, and Comparing and Contrasting Defendant's Policies, Practices, and Procedures with the Policies, Practices, and Procedures of Defendant's Competitors | 6.60 |
| Research and Investigation Re: Location(s), Division(s), and/or Department(s) Owned, Managed, Serviced, and/or Operated by Defendant in California During the Class Period, Including Differences Between Them to Determine Whether Those Differences Will Cause Individual Issues to Predominate Over Common Issues | 5.20 |
| Comparative Analysis and Cross-Checking of All Available Job Postings and Job Reviews Regarding Work with Defendant in Order to Determine Any Variation and Identify Job Duties and Responsibilities That Would be Susceptible to Being Performed Off-the-Clock or During Meal or Rest Breaks | 5.90 |
| Research and Investigation Re: Workforce, Staffing Models, and Staffing Levels at Locations at Which Putative Class Members Throughout California | 7.90 |

| | |
|---|---|
| Research and Investigation Re: Defendant's Written and Un-Written Policies, Practices, and Procedures Relating to Non-Discretionary Commission/Bonus/Incentive/Performance/Shift Differential Pay, Reporting Time Pay, Scheduling, Timekeeping, Rounding, Opening and Closing Procedures, Scheduling and Attendance, Auto-Deduct of Time, Meal/Rest Breaks, On Premises Breaks, Meal Waivers, Overtime Compensation, Storing Personal Belongings, Supplies/PPE, Uniforms and Footwear, Donning and Doffing, Use of Personal Cell Phones, Reimbursement of Business-Related Expenses, Collective Bargaining Agreements | 22.50 |
| Research and Investigation Re: Various Software Programs, Systems, and Other Technology Defendant Use to Conduct Its Everyday Business, Including Timekeeping, Payroll, Logistics, Inventory, Client Relations Management, Supply Chain Management, Communication, and Document and Information Management, with a Focus on What Documents (Both Paper and Electronic) Are Created in the Normal Course of Business Relating to Overtime Worked, Off-the-Clock Time Worked Pre/Post-Shift, and Time Worked During Meal Breaks | 9.20 |
| Research and Analysis of Potential Defenses Defendant May Raise, Including *De Minimis* Work, Non-Compensable Off-the-Clock Work, Waiver, Compliant Policies, Federal Preemption, and Agricultural and Harvest Worker Exemptions | 14.50 |
| Research and Investigation Re: Post-*Duran vs. U.S. Bank* Trial Manageability Issues, Including Research Regarding Which Experts to Retain and For What Purpose | 6.70 |
| Research and Analysis of Defendant's Litigation History Involving Wage-and-Hour Issues and Other Related Employment Issues | 4.50 |
| Research and Investigation of Impact of COVID-19 Pandemic on Defendant, Its Operations, and Putative Class Members' Work | 8.40 |
| Meet and Communicate with Plaintiff Juan Rivera Throughout the Pendency of the Case | 33.50 |
| Meet and Communicate with Plaintiff Mario Martinez Throughout the Pendency of the Case | 43.50 |

| | |
|---|---|
| Meet and Communicate with Plaintiff Thomas Beltran Throughout the Pendency of the Case | 49.50 |
| Meet and Communicate with Plaintiff Mariana Ramirez Throughout the Pendency of the Case | 21.50 |
| Review Court Documents in Plaintiff Maria Claudia Obeso Cota's Separate Lawsuit filed against Defendant in the Superior Court of California for the County of Sonoma, Case No. SCV257741, later transferred to the Superior Court of California, for the County of Fresno, Case No. 16CECG00081 (the "Cota Action") | 5.20 |
| Review Court Documents in Plaintiff Alexander Solorio's Separate Lawsuit filed against Defendant in the Fresno County Superior Court, Case No. 16CECG00513 (the "Solorio Action") | 3.40 |
| Investigate, Meet and Communicate with, and/or Conduct Interviews of Putative Class Members, Aggrieved Employees, and Percipient Witnesses | 26.50 |
| **Pleadings and Court Filings** | |
| Draft Plaintiff Thomas Beltran's Class Action Complaint for Damages and Legal Research and Analysis of All Claims Involved (filed on July 7, 2015) (Beltran Alameda County Action) | 7.20 |
| Review Court's Notice of Hearing (filed on July 15, 2015) (Beltran Alameda County Action) | 0.10 |
| Review Court's Order Regarding Complex Determination (filed on August 17, 2015) (Beltran Alameda County Action) | 0.20 |
| Review Court's Notice of Case Management Conference and Assignment of Judge for All Purposes (filed on November 3, 2015) (Beltran Fresno County Action) | 0.10 |
| Draft Plaintiff's First Amended Class Action Complaint for Damages Adding Plaintiff Mario Martinez as a Named Plaintiff and Legal Research and Analysis of All Claims Involved (filed on November 10, 2015) (Beltran Fresno County Action) | 5.40 |

| | |
|---|---|
| Meet and Confer with Defendant's Counsel, and Draft Stipulation Regarding Alternative Dispute Resolution (filed on November 23, 2015) (Beltran Fresno County Action) | 0.40 |
| Review Defendant's Notice of Association of Counsel (served on December 3, 2015) (Beltran Fresno County Action) | 0.10 |
| Review Court's Case Management Conference Minutes/Order to Show Cause (filed on December 7, 2015) (Beltran Fresno County Action) | 0.20 |
| Draft Plaintiffs' Notice of Acknowledgment and Receipt (filed on January 7, 2016) (Beltran Fresno County Action) | 0.20 |
| Review Court's Minute Order (filed on February 8, 2016) (Beltran Fresno County Action) | 0.10 |
| Review Court's Minute Order (filed on February 10, 2016) (Beltran Fresno County Action) | 0.10 |
| Review Defendant's Notice of Related Case (served on February 22, 2016) (Beltran Fresno County Action) | 0.20 |
| Research and Draft Plaintiffs' Request for Pretrial Discovery Conference (filed on April 8, 2016) (Beltran Fresno County Action) | 1.50 |
| Review and Analyze Defendant's Opposition to Plaintiffs' Request for Pretrial Discovery Conference (filed on April 11, 2017) (Beltran Fresno County Action) | 0.70 |
| Review Court's Order on Request for Pretrial Discovery Conference (filed on April 13, 2017) (Beltran Fresno County Action) | 0.20 |
| Draft Plaintiffs' Second Amended Class Action Complaint for Damages & Enforcement Under the Private Attorneys General Act, California Labor Code Section 2698, Et Seq. and Legal Research and Analysis of All Claims Involved (filed on April 25, 2016) (Beltran Fresno County Action) | 5.90 |

| | |
|---|---|
| Review and Analyze Defendant's Answer to Second Amended Class Action Complaint for Damages and Research Affirmative Defenses in Defendant's Answer (served on May 27, 2016) (Beltran Fresno County Action) | 2.90 |
| Review Court's Minute Order (filed on June 17, 2016) (Beltran Fresno County Action) | 0.10 |
| Review Court's Minute Order (filed on July 8, 2016) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation and [Proposed] Order Regarding Outstanding Discovery Deadline (submitted on August 30, 2016) (Beltran Fresno County Action) | 1.70 |
| Review Court's Order Granting Joint Stipulation and Order Regarding Outstanding Discovery Deadline (filed on September 2, 2016) (Beltran Fresno County Action) | 0.10 |
| Draft Plaintiff Juan Rivera's Complaint for Enforcement Under the Private Attorneys General Act, California Labor Code § 2698, Et Seq. and Legal Research and Analysis of All Claims Involved (filed on October 6, 2016) (Rivera Action) | 7.40 |
| Draft Plaintiff's First Amended Complaint for Enforcement Under the Private Attorneys General Act, California Labor Code § 2698, Et Seq. Adding Mariana Ramirez as a Named Plaintiff and Legal Research and Analysis of All Claims Involved (filed on October 31, 2016) (Rivera Action) | 4.80 |
| Review Court's Minute Order (filed on December 16, 2016) (Beltran Fresno County Action) | 0.10 |
| Review and Analyze Defendant Olam West Coast, Inc.'s Answer to First Amended Complaint for Damages and Research Affirmative Defenses in Defendant's Answer (served on December 16, 2016) (Rivera Action) | 3.50 |
| Review Court's Minute Order (filed on January 6, 2017) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation and [Proposed] Order to Continue Filing Deadlines (submitted on January 12, 2017) (Rivera Action) | 1.10 |

| | |
|---|---|
| Review Defendant Olam West Coast Inc.'s Case Management Statement (served on January 13, 2017) (Rivera Action) | 0.50 |
| Draft Plaintiffs' Case Management Statement (filed on January 23, 2017) (Rivera Action) | 1.20 |
| Review Court's Order Granting Joint Stipulation to Continue Filing Deadlines (filed on January 23, 2017) (Rivera Action) | 0.10 |
| Review and Analyze Defendant Olam West Coast, Inc.'s First Amended Answer to First Amended Complaint for Damages and Research Affirmative Defenses in Defendant's Answer (served on January 23, 2017) (Rivera Action) | 3.30 |
| Review Court's Civil Lawsuit Notice (filed on January 31, 2017) (Rivera Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Notice of Class Action Settlement (filed on March 16, 2017) (Beltran Fresno County Action) | 0.60 |
| Review Declaration of Kelsey Skey on Behalf of Third Party Administrator, CPT Group, Inc. With Respect to Status of Pending Matter (serving on March 29, 2017) (Beltran Fresno County Action) | 0.60 |
| Review Court's Order After Pretrial Discovery Conference and Minute Order (filed on May 19, 2017) (Beltran Fresno County Action) | 0.30 |
| Review Defendant Olam West Coast Inc.'s Case Management Statement (served on May 23, 2017) (Rivera Action) | 0.50 |
| Review Court's Notice of Further Case Management Conference (filed on June 6, 2017) (Rivera Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to Vacate or Continue the Trial Readiness Hearing and Jury Trial; and [Proposed] Order Thereon (submitted on June 19, 2017) (Beltran Fresno County Action) | 1.30 |

| | |
|---|---|
| Review Court's Order on Joint Stipulation to Vacate or Continue the Trial Readiness Hearing and Jury Trial (filed on June 21, 2017) (Beltran Fresno County Action) | 0.20 |
| Review Defendant's Declaration of Susan K. Katmaker re Olam West Coast, Inc.'s Complex Filing Fee (served on August 3, 2017) (Beltran Fresno County Action) | 0.30 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to Vacate and Reschedule Trial Readiness Hearing and Jury Trial; and [Proposed] Order Thereon (submitted on September 25, 2017) (Beltran Fresno County Action) | 1.30 |
| Review Court's Order Granting Joint Stipulation to Vacate and Reschedule Trial Readiness Hearing and Jury Trial (filed on October 10, 2017) (Beltran Fresno County Action) | 0.20 |
| Review Court's Law and Motion Minute Order (filed on October 26, 2017) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Statement in Advance of Trial Setting Conference (filed on January 10, 2018) (Beltran Fresno County Action) | 1.10 |
| Review Court's Minute Order (filed on January 25, 2018) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation and [Proposed] Order Granting Plaintiffs Leave to File a Third Amended Class Action Complaint Adding Plaintiffs Maria Claudia Obeso Cota, Mariana Ramirez, Alexander Solorio, and Juan Rivera [Together, With Plaintiffs Beltran and Martinez, the "Plaintiffs"] As Named Plaintiffs And Adding A PAGA Cause of Action; Draft Plaintiffs' [Proposed] Third Amended Class Action Complaint for Damages & Enforcement Under the Private Attorneys General act, California Labor Code Section 2698, Et Seq. and Legal Research and Analysis of All Claims Involved (submitted on March 14, 2018) (Beltran Fresno County Action) | 7.20 |
| Review Court's Order Granting Joint Stipulation and Order Granting Plaintiffs Leave to File a Third Amended Class Action Complaint (filed on March 16, 2018) (Beltran Fresno County Action) | 0.10 |

| | |
|---|---|
| Draft Plaintiffs' Statement in Advance of Hearing Regarding Dismissal After Settlement (filed on January 19, 2018) (Rivera Action) | 0.70 |
| Draft Plaintiffs' Notice Regarding January 25, 2018 Dismissal After Settlement Hearing (filed on January 30, 2018) (Rivera Action) | 0.30 |
| Review Court's Notice of Hearing: Dismissal After Settlement (filed on March 5, 2018) (Rivera Action) | 0.10 |
| Finalize Plaintiffs' Third Amended Class Action Complaint for Damages & Enforcement Under the Private Attorneys General Act, California Labor Code Section 2698, Et Seq. (filed on April 11, 2018) (Beltran Fresno County Action) | 0.10 |
| Draft Plaintiffs' Statement in Advance of Trial Setting Conference (filed on April 24, 2018) (Beltran Fresno County Action) | 0.60 |
| Draft Plaintiffs' Statement in Advance of Hearing Regarding Dismissal After Settlement (filed on July 11, 2018) (Rivera Action) | 0.70 |
| Review Court's Law and Motion Minute Order (filed on April 27, 2018) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to an Order Setting a Hearing Date for the Approval of the Parties' Class Action Settlement; and [Proposed] Order Thereon (submitted on June 14, 2018) (Beltran Fresno County Action) | 1.10 |
| Review Court's Order Granting Joint Stipulation to an Order Setting a Hearing Date for the Approval of the Parties' Class Action Settlement (filed on June 18, 2018) (Beltran Fresno County Action) | 0.10 |
| Review Court's Notice of Assignment of Judge for All Purposes (filed on July 9, 2018) (Beltran Fresno County Action) | 0.10 |
| Draft Plaintiffs' Statement in Advance of Trial Setting Conference (filed on July 11, 2018) (Beltran Fresno County Action) | 0.50 |

| | |
|---|---|
| Review Court's Law and Motion Minute Order (filed on July 20, 2018) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to Reschedule Supplemental Briefing Due Date and Hearing on Renewed Motion for Preliminary Approval of Class Action Settlement and [Proposed] Order Thereon (submitted on August 31, 2018) (Beltran Fresno County Action) | 0.90 |
| Review Court's Order Granting Joint Stipulation to Reschedule Supplemental Briefing Due Date and Hearing on Renewed Motion for Preliminary Approval of Class Action Settlement (filed on September 12, 2018) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to Reschedule Hearing on Renewed Motion for Preliminary Approval of Class Action Settlement and Motion for Class Certification; [Proposed] Order Thereon (submitted on December 5, 2018) (Beltran Fresno County Action) | 0.80 |
| Review Defendant's Notice to State Court and Plaintiffs of Notice of Removal of Action from State Court to the United States District Court, Eastern District of California (served on December 10, 2018) (Beltran Fresno County Action) | 0.80 |
| Review Defendant's Notice of Removal of Civil Action from State Court, Civil Case Cover Sheet, and Corporate Disclosure Statement (served on December 10, 2018) (Beltran Federal Action) | 0.50 |
| Review Court's Standing Order, Order Setting Mandatory Scheduling Conference, Notice of Availability of a Magistrate Judge, Notice of Availability Voluntary Dispute Resolution (filed on December 11, 2018) (Beltran Federal Action) | 0.50 |
| Review Defendant's Demand for Trial by Jury (filed on December 19, 2018) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to Continue the Mandatory Scheduling Conference; and [Proposed] Order Thereon (submitted on February 6, 2019) (Beltran Federal Action) | 0.70 |

| | |
|---|---|
| Review Court's Order Re Stipulation to Continue Scheduling Conference and Minute Orders (filed on February 8, 2019) (Beltran Federal Action) | 0.20 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Status Report and Stipulation to Continue Mandatory Scheduling Conference and [Proposed] Order Thereon (submitted on August 7, 2019) (Beltran Federal Action) | 0.80 |
| Review Court's Order Re Stipulation to Continue Scheduling Conference (filed on August 8, 2019) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Scheduling Report and Stipulation to Continue Mandatory Scheduling Conference and [Proposed] Order Thereon (submitted on September 17, 2019) (Beltran Federal Action) | 0.70 |
| Review Court's Order Re Stipulation to Continue Scheduling Conference (filed on September 18, 2019) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Scheduling Report and Stipulation to Continue Mandatory Scheduling Conference and [Proposed] Order Thereon (submitted on October 9, 2019) (Beltran Federal Action) | 0.60 |
| Review Court's Order Re Stipulation to Continue Scheduling Conference (filed on October 10, 2019) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Scheduling Report and Stipulation to Continue Mandatory Scheduling Conference and [Proposed] Order Thereon (submitted on October 29, 2019) (Beltran Federal Action) | 0.60 |
| Review Court's Order Re Stipulation to Continue Scheduling Conference (filed on October 31, 2019) (Beltran Federal Action) | 0.10 |

| | |
|---|---|
| Draft Plaintiffs' Notice and Suggestion of Death Upon the Record Under Rule 25(a)(1) (filed on December 13, 2019) (Beltran Federal Action) | 1.10 |
| Review Court's Order Requiring Parties to Show Cause Why Motion for Preliminary Approval Was Not Filed (filed on December 16, 2019) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Statement Regarding Death of Plaintiff Mariana Ramirez (filed on December 16, 2019) (Beltran Federal Action) | 0.70 |
| Review Court's Order Discharging Order to Show Cause and Extending Time for Parties to File Motion for Preliminary Approval (filed on December 17, 2019) (Beltran Federal Action) | 0.10 |
| Review Court's Order Dismissing Plaintiff Mariana Ramirez Pursuant to Rule 25 of the Federal Rules of Civil Procedure (filed on April 8, 2020) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to Request Extension of Time to File Supplemental Brief and Continue Hearing of Motion for Preliminary Approval of Class Action and Collective Action Settlement (filed on February 21, 2021) (Beltran Federal Action) | 0.50 |
| Review Court's Order Setting Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement (filed on March 23, 2021) (Beltran Federal Action) | 0.30 |
| Meet and Confer with Defendant's Counsel, and Draft Joint Stipulation to Request Extension of Time to File Supplemental Brief and Continuance Hearing of Motion for Preliminary Approval of Class Action and Collective Action Settlement; Proposed Order (filed on April 21, 2021) (Beltran Federal Action) | 0.50 |
| Review Court's Order Granting Request for Extension of Time to File Supplemental Brief and Continuance Hearing of Motion for Preliminary Approval of Class Action and Collective Action Settlement to May 19, 2021 (filed on April 22, 2021) (Beltran Federal Action) | 0.10 |

| | |
|---|---|
| Review Court's Order of Clarification: No District Judge Available to Hear Matters (filed on October 28, 2021) (Beltran Federal Action) | 0.20 |
| Review Court's Order of Reassignment (filed on January 7, 2022) (Beltran Federal Action) | 0.10 |
| Review Court's Standing Order (filed on January 25, 2022) (Beltran Federal Action) | 0.20 |
| Review Court's Order Granting Defendant's Substitutions of Attorneys and Directing Clerk of Court to Update Docket (filed on October 19, 2022) (Beltran Federal Action) | 0.10 |
| **Appearances** | |
| Prepare for, Travel to/from, and Attend Case Management Conference (February 8, 2016) (Beltran Fresno County Action) | 7.50 |
| Prepare for, Travel to/from, and Attend Ex Parte Hearing (February 10, 2016) (Beltran Fresno County Action) | 8.50 |
| Prepare for, Travel to/from, and Attend Pre-Trial Discovery Conference (June 17, 2016) (Beltran Fresno County Action) | 8.30 |
| Prepare for, Travel to/from, and Attend Pre-Trial Discovery Conference (July 8, 2016) (Beltran Fresno County Action) | 7.30 |
| Prepare for, Travel to/from, and Attend Pre-Trial Discovery Conference (December 16, 2016) (Beltran Fresno County Action) | 8.10 |
| Prepare for, Travel to/from, and Attend Pre-Trial Discovery Conference (January 6, 2017) (Beltran Fresno County Action) | 7.10 |
| Prepare for, Travel to/from, and Attend Case Management Conference (January 31, 2017) (Rivera Action) | 8.30 |

| | |
|---|---|
| Prepare for, Travel to/from, and Attend Pre-Trial Discovery Conference (May 19, 2017) (Beltran Fresno County Action) | 8.10 |
| Prepare for, Travel to/from, and Attend Case Management Conference (June 6, 2017) (Rivera Action) | 10.90 |
| Prepare for, Travel to/from, and Attend Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (July 19, 2017) (Beltran Fresno County Action) | 11.50 |
| Prepare for, Travel to/from, and Attend Plaintiffs' Motion to Enforce Court's Order (September 14, 2017) (Beltran Fresno County Action) | 8.90 |
| Prepare for and Telephonically Attend Trial Setting Conference (October 26, 2017) (Beltran Fresno County Action) | 0.90 |
| Prepare for and Telephonically Attend Trial Setting Conference (January 25, 2018) (Beltran Fresno County Action) | 0.50 |
| Prepare for and Telephonically Attend Dismissal Hearing (January 25, 2018) (Rivera Action) | 1.10 |
| Prepare for and Telephonically Attend Trial Setting Conference (April 26, 2018) (Beltran Fresno County Action) | 0.50 |
| Prepare for and Telephonically Attend Trial Setting Conference (July 19, 2018) (Beltran Fresno County Action) | 1.10 |
| Prepare for and Telephonically Attend Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (July 24, 2018) (Beltran Fresno County Action) | 10.80 |
| Prepare for and Telephonically Attend Dismissal Hearing (July 26, 2018) (Rivera Action) | 1.10 |
| Prepare for and Telephonically Attend Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (October 25, 2018) (Beltran Fresno County Action) | 4.50 |

| | |
|---|---|
| Prepare for and Telephonically Attend Conference (February 8, 2019) (Beltran Federal Action) | 0.50 |
| Prepare for and Telephonically Attend Hearing on Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement, and Motion For Attorneys' Fees and Costs and Incentive Awards (Beltran Federal Action) (Anticipated) | 1.50 |
| **Discovery and Deposition** | |
| Draft Letter to Defendant Re: Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Mario Martinez (served on May 5, 2015) | 1.90 |
| Draft Letter to Defendant Re: Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Thomas Beltran (served on May 26, 2015) | 1.90 |
| Draft Letter to Defendant Re: Request for Personnel File, Pay Stubs, and Time Records for Putative Class Member (served on June 1, 2015) | 1.90 |
| Draft Follow-Up Letter to Defendant Re: Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Mario Martinez (served on June 2, 2015) | 2.10 |
| Review and Analyze Documents Produced by Defendant in Response to the Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Mario Martinez (served on June 22, 2015) | 3.50 |
| Review and Analyze Documents Produced by Defendant in Response to the Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Thomas Beltran (served on June 22, 2015) | 2.70 |
| Review and Analyze Documents Produced by Defendant in Response to the Request for Personnel File, Pay Stubs, and Time Records for Putative Class Member (served on June 22, 2015) | 2.80 |
| Draft Plaintiffs' Form Interrogatories - General (Set One), Special Interrogatories (Set One), Special Interrogatories (Set Two), and Requests for Production of Documents (Set One) to Defendant (served on December 11, 2015) | 7.60 |

| | |
|---|---|
| Draft Plaintiffs' Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for January 14, 2016; Organizational Structure) (served on December 11, 2015) | 3.50 |
| Draft Plaintiffs' Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for January 15, 2016; Wage and Hour Practices) (served on December 11, 2015) | 4.10 |
| Draft Plaintiffs' Re-Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for January 14, 2016; Organizational Structure) (served on January 8, 2016) | 1.80 |
| Draft Plaintiffs' Re-Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for January 15, 2016; Wage and Hour Practices) (served on January 8, 2016) | 2.20 |
| Review and Analyze Defendant's Responses to Plaintiffs' Form Interrogatories - General (Set One), Responses to Special Interrogatories (Set One), Responses to Special Interrogatories (Set Two), and Responses to Requests for Production of Documents (Set One) (served on January 12, 2016) | 8.30 |
| Review and Analyze Defendant's Objections to Plaintiffs' Re-Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for April 7, 2016; Organizational Structure) (served on March 31, 2016) | 1.90 |
| Review Defendant's Objections to Plaintiffs' Re-Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for April 8, 2016; Wage and Hour Practices) (served on March 31, 2016) | 2.20 |
| Draft Letter to Defendant Re: Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Juan Rivera (served on May 12, 2016) | 1.90 |

| | |
|---|---|
| Review and Analyze Documents Produced by Defendant in Response to the Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Juan Rivera (served on June 4, 2016) | 3.80 |
| Review and Analyze Documents Produced by Defendant [OLAM 000001-000996] (served on July 6, 2016) | 8.20 |
| Draft Letter to Defendant Re: Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Mariana Ramirez (served on July 7, 2016) | 1.90 |
| Review and Analyze Documents Produced by Defendant in Response to the Request for Personnel File, Pay Stubs, and Time Records for Plaintiff Mariana Ramirez (served on August 10, 2016) | 2.10 |
| Review Defendant's Supplemental Responses to Plaintiffs' Form Interrogatories – General (Set One), Supplemental Responses to Special Interrogatories (Set One), Supplemental Responses to Special Interrogatories (Set Two), and Supplemental Responses to Requests for Production of Documents (Set One) (served on January 5, 2017) | 9.50 |
| Meet and Confer with Defendant's Counsel and Draft *Belaire-West* Administration Notice and Opt-Out Postcard (drafted on January 6, 2017) | 3.40 |
| Review and Analyze Documents Produced by Defendant [OLAM 000001-047615] (served on January 10, 2017) | 132.10 |
| Draft Plaintiffs' Re-Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for February 24, 2017; Organizational Structure) (served on January 11, 2017) | 1.60 |
| Draft Plaintiffs' Re-Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for February 27, 2017; Wage and Hour practices) (served on January 20, 2017) | 1.90 |

17

| | |
|---|---|
| Review and Analyze Defendant's Objections to Plaintiffs' Notice of Deposition of Person Most Knowledgeable at Defendant and Request for Production of Documents (noticed for February 27, 2017; Job Duties) (served on February 22, 2017) (Beltran Fresno County Action) | 3.20 |
| Draft Plaintiffs' Special Interrogatories (Set One) and Requests for Production of Documents (Set One) to Defendant Olam West Coast, Inc. (served on January 23, 2017) (Rivera Action) | 6.90 |
| Review Defendant's Notice of Videotaped Deposition of Plaintiff Mario Martinez and for Production of Documents (served on February 3, 2017) | 1.10 |
| Review Defendant's Notice of Videotaped Deposition of Plaintiff Thomas Beltran and for Production of Documents (served on February 3, 2017) | 0.90 |
| Draft Plaintiffs' Deposition Subpoenas for: Edwin Aguilar, Erik Batcke, Aisha Chechi, Gregory Clement, Miguel Enriquez, Frankie Gomez, Michael Gomez, Raul Gonzalez Sanchez, Deepak Leal, Richard Lopez, Karen Luquin, Stewart Luther, Teddy Mata, Aurora Matos, Prakash Patil, Tim Poston, Kim Ramirez, Chad Robinson, Emmanuel Sosa, Jose Vigil, Doyle Warren, Tyson Wheeler, and Raymond Zamarripa (February 7, 2017) | 12.10 |
| Draft Letter to Defendant Re: Request for Personnel File, Pay Stubs, and Time Records for Putative Class Member (served on February 8, 2017) | 1.90 |
| Draft Plaintiffs' Deposition Subpoena for Isabel Montijo (served on February 9, 2017) | 0.50 |
| Review Defendant's Request for Production of Documents to Plaintiff Mario Martinez, Set One (served on February 17, 2017) | 1.10 |
| Review Defendant's Request for Production of Documents to Plaintiff Thomas Beltran, Set One (served on February 17, 2017) | 0.80 |

| | |
|---|---|
| Review and Analyze Defendant's Objections to Plaintiffs' Re-Notice of Deposition of Person Most Knowledgeable at Defendant and Requests for Production of Documents (noticed for February 27, 2017; Wage and Hour Practices) (served on February 22, 2017) | 2.90 |
| Review Defendant Olam West Coast, Inc.'s Responses to Plaintiffs' Special Interrogatories (Set One) and Responses to Requests for Production of Documents (Set One) (served on February 24, 2017) (Rivera Action) | 10.30 |
| Prepare for, Travel to/from, and Take the Deposition of Person Most Knowledgeable Venkatraman Gopalakrishnan (February 24, 2017; Fresno, California) and Review Deposition Transcript | 10.50 |
| Prepare for, Travel to/from, and Take the Deposition of Person Most Knowledgeable Albert Perez (February 24, 2017; Fresno, California) and Review Deposition Transcript | 11.50 |
| Prepare for, Travel to/from, and Take the Deposition of Person Most Knowledgeable Albert Perez (February 27, 2017; Fresno, California) and Review Deposition Transcript | 14.50 |
| Review and Analyze Documents Produced by Defendant [OLAM 000001-047794] (served on February 27, 2017) | 130.80 |
| Prepare for, Travel to/from, and Defend the Deposition of Plaintiff Mario Martinez (February 28, 2017; Fresno, California) and Review Deposition Transcript | 11.50 |
| Prepare for, Travel to/from, and Defend the Deposition of Plaintiff Thomas Beltran (February 28, 2017; Fresno, California) and Review Deposition Transcript | 12.50 |
| Review and Analyze Documents Produced by Defendant in Response to the Request for Personnel File, Pay Stubs, and Time Records for Putative Class Member (served on March 1, 2017) | 0.60 |
| Draft Plaintiff Mario Martinez's Responses to Defendant's Request for Production of Documents to Plaintiff Mario Martinez, Set One (served on March 21, 2017) | 8.50 |

| | |
|---|---|
| Draft Plaintiff Thomas Beltran's Responses to Defendant's Request for Production of Documents to Plaintiff Thomas Beltran, Set One (served on March 21, 2017) | 8.10 |
| Review and Analyze *Belaire-West* Non-Opt Out Contact Information List (Containing 5,628 Putative Class Members) (released on October 12, 2017) | 2.50 |
| **Letters and Correspondence** | |
| Draft Notice to California Labor and Workforce Development Agency Re: Claims of Plaintiff Juan Rivera for Penalties Under California Labor Code section 2698, *et seq.* (served on August 1, 2016) (Ramirez Matter) | 4.30 |
| Draft Notice to California Labor and Workforce Development Agency Re: Claims of Plaintiff Mariana Ramirez for Penalties Under California Labor Code section 2698, *et seq.* (served on August 24, 2016) (Ramirez Matter) | 4.10 |
| Meet with, Draft Correspondence to, and Respond to Correspondence from, Defendant's Counsel | 40.50 |
| Meet with, Draft Correspondence to, and Respond to Correspondence from, Counsel for Plaintiff Maria Claudia Obeso Cota and Alexander Solorio | 34.50 |
| **Mediation/Settlement** | |
| Review and Analyze Additional Information, Data, and Documents Obtained from Plaintiffs, Defendant (OLAM 000166-002012, OLAM 002013-0011887, OLAM 0011888-0034261 consisting of approximately 34,093 pages), and Other Sources Prior to Mediations | 94.50 |
| Prepare for Mediations, Including Researching Settlement-Related Issues and Merits of Claims, Drafting the Mediation Brief, Compiling the Mediation Exhibits in Support of Mediation Brief, and Performing Damages and Penalties Analysis and Calculations (submitted on December 9, 2016) | 20.50 |
| Travel to/from and Attend Mediation Session (December 13, 2016; San Francisco, California) | 12.50 |

| | |
|---|---|
| Travel to/from and Attend Mediation Session (January 25, 2017; San Francisco, California) | 11.50 |
| Follow-Up Telephonic Caucuses with Mediator | 4.50 |
| Review and Analyze Mediator's Proposal (issued February 17, 2017) | 2.80 |
| Draft, Review, Revise, Negotiate, and Finalize Class Action Settlement and Release Agreement, and Draft Exhibits (executed on May 26, 2017) | 15.30 |
| Draft, Review, Revise, Negotiate, and Finalize First Amended Class Action Settlement and Release Agreement and Exhibits (executed on March 1, 2018) | 6.50 |
| Draft, Review, Revise, Negotiate, and Finalize Second Amended Class Action Settlement and Release Agreement and Exhibits (executed on October 2, 2018) | 5.20 |
| Draft, Review, Revise, Negotiate, and Finalize Third Amended Class Action Settlement and Release Agreement and Exhibits (executed on November 16, 2019) | 4.50 |
| Draft, Review, Revise, Negotiate, and Finalize Fourth Amended Class Action Settlement and Release Agreement and Draft Exhibits (executed on May 21, 2021) | 6.80 |
| Meet and Confer with Settlement Administrator, Defendant's Counsel, and Other Plaintiffs' Counsel Regarding Notice Administration, Monitor Settlement Administration, and Respond to Inquiries | 16.50 |
| **Law and Motion** | |
| Review and Analyze Defendant's Notice and Motion to Transfer Venue and Request for Reasonable Expenses and Attorneys' Fees, Memorandum of Point and Authorities in Support Thereof, Declaration of Robert K. Carrol in Support Thereof, Declaration of Chuck Davis in Support Thereof, Declaration of Bradley J. Levang in Support Thereof, and [Proposed] Order Thereon (served on August 12, 2015) (Beltran Alameda County Action) | 1.80 |

| | |
|---|---|
| Research and Draft Plaintiff's Opposition to Defendant's Motion to Transfer Venue and to Request Attorneys' Fees and Costs Against Plaintiff and/or His Counsel of Record and Declaration of Edwin Aiwazian in Support Thereof (filed on August 26, 2015) (Beltran Alameda County Action) | 6.50 |
| Review and Analyze Defendant's Reply in Support of Motion to Transfer Venue and Request for Reasonable Expenses and Attorneys' Fees (served on September 1, 2015) (Beltran Alameda County Action) | 1.60 |
| Review Court's Minute Order and Order Granting Motion for Change of Venue (filed on September 9, 2015) (Beltran Alameda County Action) | 0.20 |
| Review and Analyze Defendant's Notice of Demurrer, Demurrer to Plaintiffs' First Amended Complaint for Damages, and Memorandum of Points and Authorities in Support Thereof (served on February 5, 2016) (Beltran Fresno County Action) | 2.10 |
| Review and Analyze Defendant's Notice of Motion and Motion to Strike Portions of Plaintiffs' First Amended Complaint for Damages and Memorandum of Points and Authorities in Support Thereof (served on February 5, 2016) (Beltran Fresno County Action) | 1.90 |
| Review Defendant's Ex Parte Application for an Order Extending Time to Respond to Plaintiffs' First Amended Complaint, Memorandum of Points and Authorities in Support Thereof, Declaration of Susan K. Hatmaker in Support Thereof, Declaration of Christine Tejeda in Support Thereof, and [Proposed] Order Thereof (served on February 10, 2016) (Beltran Fresno County Action) | 2.10 |
| Review Defendant's Declaration of Susan K. Hatmaker in Support of Defendant's Demurrer to Plaintiffs' First Amended Complaint for Damages (served on March 1, 2016) (Beltran Fresno County Action) | 0.80 |
| Research and Draft Plaintiffs' Consolidated Opposition to Defendant's Demurrer and Motion to Strike Portions of Plaintiffs' First Amended Complaint (filed on March 10, 2016) (Beltran Fresno County Action) | 5.10 |

| | |
|---|---|
| Review and Analyze Defendant's Reply to Plaintiffs' Opposition to Defendant's Demurrer to Plaintiffs' First Amended Complaint (served on March 16, 2016) (Beltran Fresno County Action) | 2.10 |
| Review and Analyze Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Strike Portions of Plaintiffs' First Amended Complaint (served on March 16, 2016) (Beltran Fresno County Action) | 1.80 |
| Review Court's Tentative Ruling Regarding Demurrer and Motion to Strike (issued March 28, 2016) (Beltran Fresno County Action) | 0.50 |
| Review Court's Law and Motion Minute Order Regarding Demurrer and Motion to Strike (filed on March 30, 2016) (Beltran Fresno County Action) | 0.70 |
| Draft Plaintiffs' Request for Pretrial Discovery Conference (filed on April 8, 2016) (Beltran Fresno County Action) | 1.10 |
| Draft Plaintiffs' Request for Pretrial Discovery Conference (filed on April 12, 2016) (Beltran Fresno County Action) | 0.60 |
| Review and Analyze Defendant's Opposition to Request for Pretrial Discovery Conference (served on April 19, 2016) (Beltran Fresno County Action) | 0.50 |
| Review and Analyze Defendant's Opposition to Request for Pretrial Discovery Conference (served on May 4, 2016) (Beltran Fresno County Action) | 0.40 |
| Review Court's Order on Request for Pretrial Discovery Conference (served on June 6, 2016) (Beltran Fresno County Action) | 0.20 |
| Research and Draft Plaintiffs' Notice of Motion and Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Form Interrogatories – General (Set One) Nos. 12.2, 12.3, and 15.1 and Request for Sanctions, Declaration of Ashley H. Cruz in Support Thereof, Rule 3.1345 Separate Statement in Support Thereof, and [Proposed] Order (filed on January 27, 2017) (Beltran Fresno County Action) | 0.50 |

| | |
|---|---|
| Research and Draft Plaintiffs' Notice of Motion and Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Special Interrogatories (Set Two) Nos. 22-33 and Request for Sanctions, Declaration of Ashley H. Cruz in Support Thereof, Rule 3.1345 Separate Statement in Support Thereof, and [Proposed] Order (filed on January 27, 2017) (Beltran Fresno County Action) | 1.10 |
| Research and Draft Plaintiffs' Notice of Motion and Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Requests for Production of Documents (Set One) Nos. 1-74 and 77-108 and Request for Sanctions, Declaration of Ashley H. Cruz in Support Thereof, Rule 3.1345 Separate Statement in Support Thereof, and [Proposed] Order (filed on January 27, 2017) (Beltran Fresno County Action) | 3.50 |
| Review and Analyze Defendant's Memorandum of Points and Authorities in Support of Defendant's Opposition to Plaintiffs' Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Form Interrogatories – General (Set One) Nos. 12.2, 12.3, and 15.1 and Request for Sanctions, Declaration of Susan K. Hatmaker in Support Thereof, and Response to Rule 3.1345 Separate Statement in Support Thereof (filed on March 8, 2017) (Beltran Fresno County Action) | 1.50 |
| Review and Analyze Defendant's Memorandum of Points and Authorities in Support of Defendant's Opposition to Plaintiffs' Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Special Interrogatories (Set Two) Nos. 22-33 and Request for Sanctions, Declaration of Susan K. Hatmaker in Support Thereof, and Response to Rule 3.1345 Separate Statement in Support Thereof (filed on March 8, 2017) (Beltran Fresno County Action) | 1.90 |
| Review and Analyze Defendant's Memorandum of Points and Authorities in Support of Defendant's Opposition to Plaintiffs' Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Requests for Production of Documents (Set One) Nos. 1-74 and 77-108 and Request for Sanctions, Declaration of Susan K. Hatmaker in Support Thereof, and Response to Rule 3.1345 Separate Statement in Support Thereof (filed on March 8, 2017) (Beltran Fresno County Action) | 2.50 |
| Research and Draft Plaintiffs' Reply in Support of Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Form Interrogatories – General (Set One) Nos. 12.2, 12.3, and 15.1 and Request for Sanctions (filed on March 14, 2017) (Beltran Fresno County Action) | 2.10 |

| | |
|---|---|
| Research and Draft Plaintiffs' Reply in Support of Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Special Interrogatories (Set Two) Nos. 22-33 and Request for Sanctions (filed on March 14, 2017) (Beltran Fresno County Action) | 2.20 |
| Research and Draft Plaintiffs' Reply in Support of Motion to Compel Defendant to Provide Further Responses to Plaintiffs' Requests for Production of Documents (Set One) Nos. 1-74 and 77-108 and Request for Sanctions (filed on March 14, 2017) (Beltran Fresno County Action) | 2.10 |
| Review Draft of Declaration of Robert Crandall, MBA (dated June 13, 2017) | 3.50 |
| Meet and Confer with Other Plaintiffs' Counsel, and Research, Draft, Review and/or Revise Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Declaration of Edwin Aiwazian in Support Thereof, Declaration of Joseph Lavi in Support Thereof, Declaration of Sahag Majarian II in Support Thereof, Declaration of Mario Martinez in Support Thereof, Declaration of Mariana Ramirez in Support Thereof, Declaration of Juan Rivera in Support Thereof, Declaration of Thomas Beltran in Support Thereof, and [Proposed] Order Thereon (filed on June 1, 2017 and June 7, 2017) (Beltran Fresno County Action) | 22.80 |
| Review Defendant's Declaration of Bradley J. Levang in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (served on June 16, 2017) (Beltran Fresno County Action) | 2.50 |
| Review Court's Tentative Ruling Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (issued on June 18, 2017) (Beltran Fresno County Action) | 0.60 |
| Review Court's Minute Order Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (filed on June 19, 2017) (Beltran Fresno County Action) | 0.80 |
| Draft Plaintiffs' Notice of Motion and Motion to Enforce the Court's September 2, 2016 Order, Declaration of Elizabeth M.R. Parker in Support Thereof, Declaration of Ashley H. Cruz, and [Proposed] Order (filed on July 31, 2017) (Beltran Fresno County Action) | 11.60 |

| | |
|---|---|
| Review and Analyze Defendant's Memorandum of Points and Authorities in Support of Defendant's Opposition to Plaintiffs' Notice of Motion and Motion to Enforce the Court's September 2, 2016 Order and Declaration of Susan K. Hatmaker (served on August 31, 2017) (Beltran Fresno County Action) | 3.10 |
| Draft Plaintiffs' Reply in Support of Motion to Enforce the Court's September 2, 2016 Order and Supplemental Declaration of Elizabeth M.R. Parker in Support Thereof (filed on September 7, 2017) (Beltran Fresno County Action) | 8.50 |
| Review Court's Tentative Ruling Regarding Plaintiffs' Motion to Enforce Order (issued on September 13, 2017) (Beltran Fresno County Action) | 0.20 |
| Review Court's Law and Motion Minute Order Regarding Motion to Enforce Order (filed on September 15, 2017) (Beltran Fresno County Action) | 0.10 |
| Review Court's Law and Motion Minute Order Regarding Motion to Enforce Order (filed on October 6, 2017) (Beltran Fresno County Action) | 0.10 |
| Meet and Confer with Other Plaintiffs' Counsel, and Research, Draft, Review and/or Revise Plaintiffs' Renewed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Declaration of Edwin Aiwazian in Support Thereof, Supplemental Declaration of Joseph Lavi in Support Thereof (with attached Declaration of Sean Berger), Declaration of Vincent C. Granberry in Support Thereof, and [Proposed] Order Thereon (filed on June 27, 2018) (Beltran Fresno County Action) | 22.50 |
| Review Court's Tentative Ruling Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (issued on July 23, 2018) (Beltran Fresno County Action) | 1.10 |
| Review Court's Minute Order Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (filed on July 24, 2018) (Beltran Fresno County Action) | 0.10 |
| Review Court's Minute Order Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (filed on July 26, 2018) (Beltran Fresno County Action) | 0.20 |

| | |
|---|---|
| Review Defendant's Request for Judicial Notice in Support of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement and Declaration of Ryan Williams in Support Thereof (served on October 1, 2018) (Beltran Fresno County Action) | 2.80 |
| Meet and Confer with Other Plaintiffs' Counsel, and Research, Draft, Review and/or Revise Plaintiffs' Supplemental Brief in Support of Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement, Supplemental Declaration of Edwin Aiwazian, Supplemental Declaration of Vincent Granberry in Support Thereof, Declaration of Thomas Beltran in Support Thereof, Declaration of Mario Martinez in Support Thereof, Declaration of Mariana Ramirez in Support Thereof, Declaration of Juan Rivera in Support Thereof, Request for Judicial Notice in Support of Thereof, and [Proposed] Order Thereon (filed on October 2, 2018) (Beltran Fresno County Action) | 14.10 |
| Review Court's Tentative Ruling Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (filed on October 24, 2018) (Beltran Fresno County Action) | 1.20 |
| Review Court's Minute Order Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (filed on October 25, 2018) (Beltran Fresno County Action) | 0.10 |
| Review Court's Minute Order Regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (filed on November 5, 2018) (Beltran Fresno County Action) | 0.20 |
| Meet and Confer with Other Plaintiffs' Counsel, and Research, Draft, Review and/or Revise Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class and Collective Action Settlement, Declaration of Edwin Aiwazian in Support Thereof, Declaration of Juan Rivera in Support Thereof, Declaration of Mario Martinez in Support Thereof, Declaration of Thomas Beltran in Support Thereof, Declaration of Vincent C. Ganberry in Support Thereof, and [Proposed] Order Thereon (filed on April 13, 2020) (Beltran Federal Action) | 20.60 |
| • Review Defendant's Statement of Non-Opposition to Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement (filed on May 27, 2020) (Beltran Federal Action) | 0.10 |

| | |
|---|---|
| Review Court's Findings and Recommendations Recommending Denying Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement (filed on June 2, 2020) (Beltran Federal Action) | 1.50 |
| Meet and Confer with Defendant's Counsel and Other Plaintiffs' Counsel and Research and Draft Plaintiffs' Objections to Magistrate Judge's Findings and Recommendations That Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement Should Be Denied and Supplemental Declaration of Edwin Aiwazian in Support Thereof (filed on June 23, 2020) (Beltran Federal Action) | 10.30 |
| Review Court's Order Directing the Filing of Supplemental Briefing and Documentation Re Motion for Preliminary Approval of Class and Collective Action Settlement (filed on December 30, 2020) (Beltran Federal Action) | 0.60 |
| Meet and Confer with Defendant's Counsel and Other Plaintiffs' Counsel, and Research, Draft, Review and/or Revise Plaintiff's Supplemental Brief in Support of Motion for Preliminary Approval of Class and Collective Action Settlement, Supplemental Declaration of Edwin Aiwazian in Support Thereof, Supplemental Declaration of Vincent C. Granberry in Support Thereof, and [Revised Proposed] Order Thereon (filed on January 28, 2021) (Beltran Federal Action) | 12.70 |
| Review Court's Minute Order (Text Only Entry) (filed on March 9, 2021) (Beltran Federal Action) | 0.10 |
| Review Court's Order Setting Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement (filed March 23, 2021) (Beltran Federal Action) | 0.40 |
| Review and Analyze Defendant's Supplemental Brief Re Motion for Preliminary Approval (filed on April 5, 2021) (Beltran Federal Action) | 1.60 |
| Review Court's Order Continuing Hearing on Motion for Preliminary Approval to April 28, 2021 (filed on April 6, 2021) (Beltran Federal Action) | 0.10 |

| | |
|---|---|
| Meet and Confer with Defendant's Counsel and Other Plaintiffs' Counsel, and Draft Joint Stipulation to Request Extension of Time to File Supplemental Brief and Continue Hearing of Motion for Preliminary Approval of Class Action and Collective Action Settlement, and [Proposed] Order Thereon (filed on April 21, 2021) (Beltran Federal Action) | 0.80 |
| Review Court's Order Granting Requestion for Extension of Time to File Supplemental Brief and Continue Hearing of Motion for Preliminary Approval of Class Action and Collective Action Settlement to May 19, 2021 (filed on April 22, 2021) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel and Other Plaintiffs' Counsel; Draft Filing of Fourth Amended Settlement Agreement Re Hearing on Motion for Preliminary Approval (filed on May 21, 2021) (Beltran Federal Action) | 0.50 |
| Meet and Confer with Defendants' Counsel and Other Plaintiffs' Counsel; Draft Amendment to Filing of Fourth Amended Settlement Agreement Re Hearing on Motion for Preliminary Approval (filed on May 26, 2021) (Beltran Federal Action) | 0.40 |
| Review Court Order Vacating June 2, 2021 Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement (filed May 28, 2021) (Beltran Federal Action) | 0.10 |
| Review Court's Supplemental Findings and Recommendations Recommending Granting Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement (filed on June 4, 2021) (Beltran Federal Action) | 1.60 |
| Review Court's Order Adopting Supplemental Findings and Recommendations and Granting Plaintiffs' Motion for Preliminary Approval of Class Action and Collective Action Settlement (filed on September 23, 2021) (Beltran Federal Action) | 0.20 |
| Review Court's Order Setting Final Approval Hearing on Class Action Settlement for March 30, 2022 (filed on September 28, 2021) (Beltran Federal Action) | 0.10 |

| | |
|---|---|
| Meet and Confer with Defendant's Counsel and Other Plaintiffs' Counsel, and Draft Stipulation to Continue Hearing on Plaintiffs' Motion for Final Approval of Class Action and Collective Action Settlement; [Proposed] Order Thereon (filed on March 1, 2022) (Beltran Federal Action) | 1.10 |
| Review Court's Order Re: Stipulation to Continue Hearing on Plaintiffs' Motion for Final Approval of Class Action and Collective Action Settlement (filed on March 2, 2022) (Beltran Federal Action) | 0.10 |
| Review Court's Order Requiring Parties to Advise Court of Status of Motion for Final Approval (filed on July 29, 2022) (Beltran Federal Action) | 0.10 |
| Meet and Confer with Defendant's Counsel and Other Plaintiffs' Counsel, and Draft Joint Status Report Concerning The Filing of the Motion for Final Approval; and Stipulation to Continue the Final Approval Hearing; Proposed Order (filed on August 1, 2022) (Beltran Federal Action) | 0.80 |
| Review Court's Order Re: Stipulation to Continue Hearing on Plaintiff's Motion for Final Approval of Class Action and Collective Action Settlement and Extending Deadline to File Motion for Final Approval (filed on April 22, 2021) (Beltran Federal Action) | 0.10 |
| Review and Analyze Settlement Administrator's Declaration Regarding Settlement Notice Administration, and Declarations of Plaintiffs' Counsel Vincent C. Granberry and Sahag Majarian II; and Research and Draft Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement, Motion for Attorneys' Fees and Costs and Incentive Awards, Declaration of Edwin Aiwazian in Support Thereof, [Proposed] Order Awarding Attorneys' Fees, Costs, and Incentive Awards, and [Proposed] Final Approval Order and Judgment (filed December 21, 2022) (Beltran Federal Action) (Anticipated) | 24.60 |
| **Total Hours:** | 1,531.70 |

# EXHIBIT B

# LAWYERS for JUSTICE PC CASE COST DETAIL
# Beltran v. OLAM Spices and Vegetables, Inc.

| Date | Payee | Expense Description | Amount |
|------|-------|--------------------|--------|
| 4/14/2015 | Golden State Overnight | Courier Service | 11.42 |
| 5/4/2015 | FedEx Express | Courier Service | 20.45 |
| 5/5/2015 | U.S. Postmaster | Postage | 6.49 |
| 6/22/2015 | Golden State Overnight | Courier Service | 11.73 |
| 7/7/2015 | Alameda Superior Court | Court Filing Fee | 435.00 |
| 7/7/2015 | Alameda Superior Court | Complex Filing Fee | 1,000.00 |
| 7/7/2015 | ProLegal | Attorney Service | 243.45 |
| 7/13/2015 | ProLegal | Attorney Service | 143.78 |
| 7/14/2015 | Golden State Overnight | Courier Service | 15.53 |
| 7/27/2015 | ProLegal | Attorney Service | 99.95 |
| 8/5/2015 | ProLegal | Attorney Service | 99.95 |
| 8/18/2015 | CourtCall, LLC | Attorney Service | 86.00 |
| 8/26/2015 | Golden State Overnight | Courier Service | 32.98 |
| 8/26/2015 | ProLegal | Attorney Service | 198.95 |
| 8/27/2015 | ProLegal | Attorney Service | 99.95 |
| 9/14/2015 | Alameda Superior Court | Document Download Fee | 2.00 |
| 9/18/2015 | Golden State Overnight | Courier Service | 15.46 |
| 9/23/2015 | Fresno County Superior Court | Court Filing Fee | 435.00 |
| 11/10/2015 | ProLegal | Attorney Service | 99.95 |
| 12/3/2015 | CourtCall, LLC | Attorney Service | 86.00 |
| 12/7/2015 | Romina Keshishyan | Travel Reimbursement | 941.91 |
| 12/11/2015 | Golden State Overnight | Courier Service | 37.89 |
| 12/17/2015 | Golden State Overnight | Courier Service | 36.40 |
| 1/6/2016 | FedEx Express | Courier Service | 21.80 |
| 1/7/2016 | ProLegal | Attorney Service | 144.95 |
| 2/5/2016 | CourtCall, LLC | Attorney Service | 116.00 |
| 2/9/2016 | CourtCall, LLC | Attorney Service | 86.00 |
| 3/10/2016 | CourtCall, LLC | Attorney Service | 86.00 |
| 3/10/2016 | Golden State Overnight | Courier Service | 27.10 |
| 3/10/2016 | ProLegal | Attorney Service | 148.70 |
| 4/8/2016 | ProLegal | Attorney Service | 99.95 |
| 4/12/2016 | ProLegal | Attorney Service | 159.95 |
| 4/25/2016 | ProLegal | Attorney Service | 153.70 |
| 4/25/2016 | U.S. Postmaster | Postage | 3.56 |
| 5/6/2016 | Golden State Overnight | Courier Service | 15.05 |
| 5/11/2016 | FedEx Express | Courier Service | 21.43 |
| 5/12/2016 | U.S. Postmaster | Postage | 12.94 |
| 6/13/2016 | Golden State Overnight | Courier Service | 11.22 |
| 6/15/2016 | Golden State Overnight | Courier Service | 11.22 |
| 6/17/2016 | Ashley Cruz | Travel Reimbursement | 252.03 |

# LAWYERS for JUSTICE PC CASE COST DETAIL
## Beltran v. OLAM Spices and Vegetables, Inc.

| Date | Payee | Description | Amount |
|---|---|---|---|
| 6/17/2016 | FedEx Express | Courier Service | 21.53 |
| 7/8/2016 | Romina Keshishyan | Travel Reimbursement | 473.16 |
| 7/18/2016 | Arya Djafroudi | Travel Reimbursement | 204.66 |
| 8/24/2016 | Labor & Workforce Development Agency | Filing Fee | 75.00 |
| 8/24/2016 | U.S. Postmaster | Postage | 6.47 |
| 8/26/2016 | U.S. Postmaster | Postage | 6.68 |
| 8/30/2016 | ProLegal | Attorney Service | 114.95 |
| 12/5/2016 | Jams, Inc. | Mediation Fee | 5,116.67 |
| 12/9/2016 | Ashley Cruz | Travel Reimbursement | 456.20 |
| 12/13/2016 | Ashley Cruz | Travel Reimbursement | 147.70 |
| 12/15/2016 | Kristina Noel Buan | Travel Reimbursement | 422.42 |
| 12/17/2016 | Golden State Overnight | Courier Service | 28.25 |
| 1/6/2017 | Ashley Cruz | Travel Reimbursement | 247.34 |
| 1/20/2017 | U.S. Postmaster | Postage | 3.14 |
| 1/23/2017 | Golden State Overnight | Courier Service | 83.18 |
| 1/23/2017 | Jams, Inc. | Mediation Fee | 5,086.67 |
| 1/25/2017 | Ashley Cruz | Travel Reimbursement | 149.91 |
| 1/25/2017 | Maryam Jafari | Travel Reimbursement | 419.24 |
| 1/27/2017 | Golden State Overnight | Courier Service | 150.07 |
| 1/31/2017 | Fresno County Superior Court | Filing Fee | 180.00 |
| 1/31/2017 | One Legal | Attorney Service | 84.55 |
| 2/3/2017 | CPT Group, Inc. | Notice Mailing | 8,211.46 |
| 2/7/2017 | U.S. Postmaster | Postage | 14.35 |
| 2/8/2017 | U.S. Postmaster | Postage | 13.18 |
| 2/9/2017 | Golden State Overnight | Courier Service | 38.94 |
| 2/13/2017 | Golden State Overnight | Courier Service | 22.44 |
| 2/14/2017 | Golden State Overnight | Courier Service | 26.27 |
| 2/15/2017 | Golden State Overnight | Courier Service | 16.50 |
| 2/16/2017 | Golden State Overnight | Courier Service | 11.22 |
| 2/20/2017 | FedEx Express | Courier Service | 120.42 |
| 2/21/2017 | Golden State Overnight | Courier Service | 15.05 |
| 2/23/2017 | FedEx Express | Courier Service | 28.29 |
| 2/24/2017 | Esquire Deposition Solutions, LLC | Court Reporter | 1,632.60 |
| 2/24/2017 | FedEx Express | Courier Service | 533.32 |
| 2/24/2017 | Pure Legal, Inc. | Videography Service | 1,150.00 |
| 2/27/2017 | Esquire Deposition Solutions, LLC | Court Reporter | 2,482.74 |
| 2/27/2017 | FedEx Express | Courier Service | 41.96 |
| 2/27/2017 | Pure Legal, Inc. | Videography Service | 1,162.50 |
| 2/28/2017 | P.E.S. Video Service | Court Reporter | 642.50 |
| 2/28/2017 | Romina Keshishyan | Travel Reimbursement | 1,107.78 |
| 3/1/2017 | Maryam Jafari | Travel Reimbursement | 112.83 |
| 3/6/2017 | Golden State Overnight | Courier Service | 11.27 |

# LAWYERS for JUSTICE PC CASE COST DETAIL
## Beltran v. OLAM Spices and Vegetables, Inc.

| | | | |
|---|---|---|---|
| 3/8/2017 | Golden State Overnight | Courier Service | 11.27 |
| 3/13/2017 | Kim Thayer & Associates | Court Reporter | 1,321.17 |
| 3/14/2017 | Golden State Overnight | Courier Service | 27.85 |
| 3/14/2017 | One Legal | Attorney Service | 13.55 |
| 3/15/2017 | FedEx Express | Courier Service | 22.77 |
| 3/16/2017 | Golden State Overnight | Courier Service | 15.12 |
| 3/17/2017 | Golden State Overnight | Courier Service | 11.27 |
| 3/21/2017 | Golden State Overnight | Courier Service | 15.12 |
| 3/21/2017 | U.S. Postmaster | Postage | 18.75 |
| 3/31/2017 | Golden State Overnight | Courier Service | 31.70 |
| 4/1/2017 | FedEx Express | Courier Service | 22.61 |
| 4/4/2017 | Jams, Inc. | Mediation Fee | 849.05 |
| 4/4/2017 | One Legal | Attorney Service | 13.55 |
| 4/5/2017 | Golden State Overnight | Courier Service | 48.71 |
| 5/31/2017 | Golden State Overnight | Courier Service | 79.40 |
| 6/2/2017 | Fresno County Superior Court | Filing Fee | 60.00 |
| 6/2/2017 | One Legal | Attorney Service | 56.66 |
| 6/8/2017 | One Legal | Attorney Service | 13.55 |
| 6/19/2017 | Golden State Overnight | Courier Service | 28.10 |
| 6/20/2017 | Fresno County Superior Court | Filing Fee | 60.00 |
| 6/20/2017 | One Legal | Attorney Service | 16.01 |
| 7/19/2017 | A & B Reporting, LLC | Court Reporter | 917.20 |
| 7/19/2017 | CourtCall, LLC | Attorney Service | 116.00 |
| 7/31/2017 | Golden State Overnight | Courier Service | 59.19 |
| 8/2/2017 | Fresno County Superior Court | Filing Fee | 60.00 |
| 8/2/2017 | One Legal | Attorney Service | 16.01 |
| 9/7/2017 | Golden State Overnight | Courier Service | 48.73 |
| 9/13/2017 | Golden State Overnight | Courier Service | 27.99 |
| 9/14/2017 | Elizabeth Parker | Travel Reimbursement | 134.95 |
| 9/28/2017 | Fresno County Superior Court | Filing Fee | 60.00 |
| 9/28/2017 | One Legal | Attorney Service | 15.26 |
| 10/20/2017 | CourtCall, LLC | Attorney Service | 86.00 |
| 1/16/2018 | One Legal | Attorney Service | 13.55 |
| 1/22/2018 | CourtCall, LLC | Attorney Service | 86.00 |
| 3/14/2018 | U.S. Postmaster | Postage | 5.36 |
| 3/15/2018 | Fresno County Superior Court | Filing Fee | 20.00 |
| 3/15/2018 | One Legal | Attorney Service | 14.22 |
| 4/11/2018 | U.S. Postmaster | Postage | 4.94 |
| 4/12/2018 | One Legal | Attorney Service | 13.55 |
| 4/20/2018 | CourtCall, LLC | Attorney Service | 86.00 |
| 4/25/2018 | One Legal | Attorney Service | 13.55 |
| 7/11/2018 | Golden State Overnight | Courier Service | 28.86 |

# LAWYERS for JUSTICE PC CASE COST DETAIL
## Beltran v. OLAM Spices and Vegetables, Inc.

| | | | |
|---|---|---|---:|
| 7/11/2018 | One Legal | Attorney Service | 13.55 |
| 7/16/2018 | CourtCall, LLC | Attorney Service | 86.00 |
| 7/20/2018 | CourtCall, LLC | Attorney Service | 86.00 |
| 10/2/2018 | Golden State Overnight | Courier Service | 120.32 |
| 10/4/2018 | One Legal | Attorney Service | 13.55 |
| 10/24/2018 | CourtCall, LLC | Attorney Service | 116.00 |
| 12/6/2018 | Fresno County Superior Court | Filing Fee | 20.00 |
| 12/6/2018 | One Legal | Attorney Service | 14.36 |
| 11/13/2019 | Golden State Overnight | Courier Service | 28.46 |
| 11/26/2019 | Golden State Overnight | Courier Service | 14.23 |
| 1/29/2021 | Legal Document Server, Inc. | Attorney Service | 267.25 |
| | | **Total:** | **41,748.54** |