| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BELTRAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>OLAM SPICES AND VEGETABLES, INC.,<br><br>  Defendant. | Case No. 1:18-cv-01676-JLT-SAB<br><br>ORDER RE JOINT STIPULATION TO DEEM THE FILING OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARDS TIMELY<br><br>(ECF No. 61) |

Plaintiffs initiated this action on December 10, 2018.  (ECF No. 1.)  On August 2, 2022, the Court issued an order setting the hearing on Plaintiff's motion for final approval of class action and collective action settlement for January 25, 2023, and directing Plaintiffs to file their motion for final approval on or before December 21, 2022.  (ECF No. 54.)  Plaintiffs filed their motion for final approval on December 21, 2022.  (ECF No. 58.)  However, Plaintiffs filed their related motion for attorneys' fees on December 22, 2022.  (ECF No. 60.)

On December 28, 2022, the parties submitted a joint stipulation to deem the filing of Plaintiff's motion for attorneys' fees and costs and incentive awards timely, which is construed as a stipulated request to shorten time to file the motion for fees and incentive awards and supporting papers by one day, such that they are deemed filed on December 21, 2022, and may be heard on January 25, 2023, with Plaintiffs' pending motion for final approval.  (ECF No. 61.)

The Local Rules provide the following requirements for applications to shorten time:

> **(e) Shortening Time.** Applications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time. <u>Ex parte</u> applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action.

L.R. 144(e).

Here, the parties' stipulation lacks a supporting affidavit, explanation or showing of good cause in support to shortening time, which would generally warrant denial of the parties' request. Nonetheless, in the interests of expediency, and given the parties seek to shorten time by only one day in order to hear both motions on January 25, 2023, the Court shall grant the parties' request.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The joint stipulation to deem the filing of Plaintiffs' motion for attorneys' fees and costs and incentive awards timely (ECF No. 61), is GRANTED;

2. The motion for fees and incentive awards and supporting papers are deemed filed on December 21, 2022 and oppositional and Reply briefing shall be filed in compliance with the Federal Rules of Civil Procedure and Local Rules based on this date; and

3. Plaintiffs' motion for attorneys' fees and costs and incentive awards (ECF No. 60), shall be heard on January 25, 2023, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **December 29, 2022**

UNITED STATES MAGISTRATE JUDGE

2